# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

ROBIN C. BROOKINS 05-1311C

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] STEPHEN C. GLASSMAN

Firm Name: GLASSMAN & BULLOCK

Post Office Box:

Street Address: !950 OLD GALLOWS ROAD SUITE 700

City-State-Zip: VIENNA VIRGINIA 22182

Telephone & Facsimile Numbers: TEL.301 670 9200 FAX. 703 902 9501

E-mail address: SGLASSMAN@GLASSMANANDBULLOCK.COM

Is the attorney of record admitted to the Court of Federal Claims Bar? YES
If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 3 4 6

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: D O D

**See attached Sheet for three digit code.**

Amount Claimed: $ TO BE DETERMINED

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** NA

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005