IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBIN C. BROOKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1311C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 45 calendar days, to and including March 30, 2006, within which to file its response to plaintiff's complaint in this case. Defendant's response currently is due to be filed on February 13, 2006. This is defendant's first request for an enlargement of time for this purpose. Counsel for defendant has attempted to contact counsel for plaintiff regarding this motion, but has been unable to reach him. Counsel for defendant has left phone messages for counsel for plaintiff, which have not been returned as of the date of this filing.

The additional time is necessary because counsel for defendant has not yet received the agency's comments regarding plaintiff's complaint. We rely upon agency counsel to prepare a litigation report concerning the case, pursuant to 28 U.S.C. § 520, so that we may properly respond to actions filed against the United States. Counsel for defendant expects to receive the agency's litigation report within the next few weeks.

Additionally, defendant currently does not possess the exhibits to plaintiff’s complaint. The exhibits referenced in plaintiff’s complaint will enable defendant to better understand the allegations contained in the complaint, and respond accordingly. Counsel for defendant has left at least two telephone messages requesting that counsel for plaintiff provide the exhibits to defendant. As of the date of this filing, undersigned counsel for defendant has not heard back from counsel for plaintiff. Thus, the additional time is necessary within which to receive and review the litigation report, receive the exhibits referenced in plaintiff’s complaint, and prepare and file our response to plaintiff's complaint.

For the foregoing reasons, we respectfully request that our motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum

DEBORAH A. BYNUM
Assistant Director

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

Attorneys for Defendant

FEBRUARY 9, 2006

**CERTIFICATE OF FILING**

I hereby certify that on the 9th day of FEBRUARY, 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Lauren S. Moore