# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * | * | |
| **ROBIN C. BROOKINS,** | * | |
| | * | |
| | * | |
| **Plaintiff,** | * | |
| **v.** | * | |
| | * | **No. 05-1311C** |
| **UNITED STATES,** | * | **Filed: February 10, 2006** |
| | * | |
| **Defendant.** | * | |
| | * | |
| * * * * * * * * * * * * * * * | * | |

**O R D E R**

The court issued an electronic order on February 9, 2006, addressing the defendant's February 9, 2006 motion for an enlargement of time within which to file its response to the complaint, and also addressing the omission of exhibits in the complaint. The clerk's office, however, advises that plaintiff's counsel does not have an ECF (electronic case filing) account, even though the case was designated as an electronic case pursuant to the attached December 15, 2005 Notice of Designation. The clerk's office is directed, this one time, to **PROVIDE** this order and the court's February 9, 2006 order to plaintiff's counsel by surface mail. On or before **Tuesday, February 21, 2006**, plaintiff shall obtain an ECF account, and both parties shall adhere to the filing dates in the attached February 9, 2006 order. In this regard, plaintiff shall file the exhibits to the complaint in hard copy, as the complaint was required to be filed.

**IT IS SO ORDERED.**

**s/Marian Blank Horn**
**MARIAN BLANK HORN**
**Judge**