IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBIN C. BROOKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1311C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 45 calendar days, to and including May 15, 2006, within which to file its response to plaintiff's complaint in this case. Defendant's response currently is due to be filed on March 30, 2006. This is defendant's second request for an enlargement of time for this purpose. Counsel for defendant has attempted to contact counsel for plaintiff regarding this motion, but has been unable to reach him. Specifically, counsel for defendant telephoned counsel for plaintiff on Thursday, March 30, 2006, but was not able to reach him.

The additional time is necessary because counsel for defendant has not yet received all of the information from the agency that is necessary to respond to the complaint. Although the agency has forwarded most of the necessary documents to undersigned counsel for defendant, the agency is attempting to locate additional documents that are relevant to the matters raised in the complaint. Counsel for defendant expects to receive these additional documents within the next few weeks.

Additionally, counsel for defendant will be out of the office from Friday, April 7, 2006, until Monday, April 17, 2006. Thus, the additional time is necessary within which to receive and review additional documents relevant to this case, and prepare and file our response to plaintiff's complaint.

For the foregoing reasons, we respectfully request that our motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum

DEBORAH A. BYNUM
Assistant Director

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

Attorneys for Defendant

MARCH 30, 2006

**CERTIFICATE OF FILING**

I hereby certify that on the 30th day of MARCH, 2006, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

/s/ Lauren S. Moore