DEPARTMENT OF THE NAVY
HEADQUARTERS UNITED STATES MARINE CORPS
3280 RUSSELL ROAD
QUANTICO, VA 22134-5103

IN REPLY REFER TO.
1811
MMSR-5
19 Jan 05

From: Commandant of the Marine Corps
To: Colonel Robin C. Brookins 214 68 8462/9907 USMCR
165 Weatherington Road, Jacksonville, NC 28546-9763

Subj: STATUS IN THE UNITED STATES MARINE CORPS RESERVE

Ref: (a) Title 10, U.S. Code

Encl: (1) Election of Option Form

1. This letter is forwarded as a courtesy to ensure you understand the laws and policies pertaining to your status in the United States Marine Corps Reserve.

2. Sections 14507 and 14513 of the reference requires the retirement, separation from an active status, or discharge of a colonel who has completed 30 years of commissioned service and who is not on a promotion roster to the next higher grade. This action will be effected no later than the first day of the month following the month in which the officer completes 30 years of commissioned service, unless continued by a board authorized by the Secretary of the Navy. Currently, no plans exist to convene a continuation board for Reserve colonels.

3. The Marine Corps Total Force System (MCTFS) reflects that you were commissioned as a second lieutenant on 10 December 1976. Accordingly, you will complete 30 years of commissioned service on 9 December 2006 and must be separated or retired no later than 1 January 2007 under the current law.

4. On 6 July 2004, your last full anniversary year, you were credited with 27 years of qualifying service towards retirement and thus are eligible to transfer to the Retired List Awaiting Pay at Age 60. In order to retire, you must request it in writing. Please note that all retirements are effected on the first day of each month. Your retirement request should be received by this Headquarters no later than 1 August 2006.

COMMANDING GENERAL
MOB COM (G-3)
15303 ANDREWS ROAD
KANSAS CITY MO 64147-1207

EX A

Subj: STATUS IN THE UNITED STATES MARINE CORPS RESERVE

5. Requests for retirement should be submitted through the Unit Diary process a minimum of four months in advance of the effective date. However, if you desire a retirement ceremony, or if you submit your request under the four month retirement window, your retirement request must be submitted in writing via your chain of command. For your convenience, we have enclosed an Election of Option Form. Omission of a request will result in your involuntary discharge on 1 January 2007.

6. If you have any questions regarding your retirement, please call Mr Williams, Assistant Head, Inactive Reserve Section, Separation and Retirement Branch, Headquarters, U.S. Marine Corps, at commercial (703) 784-9306/9307.

M. Ferdinand
M. FERDINAND
By direction

Copy to:
CG, MOBCOM
MMSB-20

______________________
(DATE)

From: Colonel Robin C. Brookins 214 68 8462/9907 USMCR
To: Commandant of the Marine Corps (MMSR-5)
Via: Commanding General, Marine Corps Mobilization Command, 15303 Andrews Road, Kansas City, MO 64147-1207

Subj: ELECTION OF OPTION FORM

Ref: (a) CMC ltr 1811 MMSR-5 of 19 Jan 05

1. Per the reference, I elect the following option:

( ) I REQUEST TRANSFER TO THE RETIRED RESERVE EFFECTIVE ______________________.

2. I do not wish to have a retirement ceremony and wish to have my separation documents sent to the following address:

______________________

______________________

______________________

3. My retirement ceremony will be held on ______________________
(DATE)

and will be held at ______________________
(PROVIDE ADDRESS)

______________________

The point of contact is ______________________
(PROVIDE NAME)

who can be contacted at ______________________.
(PROVIDE TELEPHONE NUMBER)

______________________
(Signature)

Note: THIS FORM MUST BE RECEIVED BY MMSR-5 NO LATER THAN 1 AUGUST 2006.

Enclosure (1)