# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *

**ROBIN C. BROOKINS,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * *

**No. 05-1311C**
**Filed: April 20, 2006**

## O R D E R

The court is in receipt of the defendant's March 30, 2006 second motion for an enlargement of time of forty-five days, to and including May 15, 2006, within which to file its response to the plaintiff's complaint in the above-captioned case. Defendant cites a need to obtain additional documents from the agency as part of the rationale for its second motion for enlargement. On April 17, 2006, the plaintiff filed her opposition to the defendant's motion, arguing that, if this case is not resolved by August 1, 2006, her claims will be mooted. Defendant filed an April 20, 2006 reply, which did not shed much light on the matter. The court needs additional information to understand the impact of the August 1, 2006 date on the plaintiff's claims. Therefore, the court **SCHEDULES** a status conference for **Tuesday, May 2, 2006, at 11:00 a.m. EST**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. The parties may appear by telephone. Unless otherwise notified, defendant's counsel will be reached at (202) 307-6288, and plaintiff's counsel will be reached at (301) 670-9200. If the attorneys of record wish other individuals to participate in the conference by telephone, their names and telephone numbers shall be provided to chambers staff, at (202) 357-6580, on or before **Monday, May 1, 2006, at 12:00 p.m. EST**. In this regard, agency personnel experts may be able to advise the court and the parties as to appropriate options. The parties shall consult prior to the May 2, 2006 status conference, and shall be prepared to brief the court on how and why the plaintiff's claims could be compromised if a decision is not rendered by August 1, 2006, and whether there are any acceptable ways to preserve the plaintiff's claims beyond that date, if necessary. To assist the discussion at the May 2, 2006 conference, defendant shall file its response to the plaintiff's complaint, electronically, on or before **Friday, April 28, 2006**. Defendant's motion for enlargement, therefore, is **PARTIALLY GRANTED**. The parties shall be prepared to propose to the court at the May 2, 2006 conference how this case may be resolved, and to propose a schedule to that end, mindful of the plaintiff's contention that her claims will be mooted after August 1, 2006.

**IT IS SO ORDERED.**

**s/Marian Blank Horn**
**MARIAN BLANK HORN**
**Judge**