# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *

**ROBIN C. BROOKINS,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * *

**No. 05-1311C**
**Filed: April 28, 2006**

**O R D E R**

As previously discussed with the parties, the court **RESCHEDULES** the status conference originally scheduled for Tuesday, May 2, 2006, at 11:00 a.m., for later the same day, **Tuesday, May 2, 2006, at 4:30 p.m. EDT**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. The parties may appear by telephone. Unless otherwise notified, plaintiff's counsel will be reached at (301) 670-9200, defendant's counsel will be reached at (202) 616-0333, and agency counsel will be reached at (202) 685-4596. If the attorneys of record wish other individuals to participate in the conference by telephone, their names and telephone numbers shall be provided to chambers staff, at (202) 357-6580, on or before **Monday, May 1, 2006, at 12:00 p.m. EDT**. In this regard, agency personnel experts may be able to advise the court and the parties as to appropriate options. The parties shall consult prior to the May 2, 2006 status conference, and shall be prepared to brief the court on how and why the plaintiff's claims could be compromised if a decision is not rendered by August 1, 2006, and whether there are any acceptable ways to preserve the plaintiff's claims beyond that date, if necessary. The parties shall be prepared to propose to the court at the May 2, 2006 conference how this case may be resolved, and to propose a schedule to that end, mindful of the plaintiff's contention that her claims will be mooted after August 1, 2006.

**IT IS SO ORDERED.**

**s/Marian Blank Horn**
**MARIAN BLANK HORN**
**Judge**