**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROBIN C. BROOKINS** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No.: 05-1311C** |
| | : | **(Judge Horn)** |
| **THE UNITED STATES OF AMERICA, et al.** | : | |
| **Defendants** | : | |

**MOTION OF PLAINTIFF FOR LEAVE TO FILE AMENDED COMPLAINT**

Comes now Plaintiff Robin C. Brookins, by and through undersigned counsel, Glassman & Bullock and Stephen C. Glassman, and pursuant to Fed. R. Civ. P. 15(a) and R.C.F.C.15 respectfully submits this Motion for Leave to File Amended Complaint. As stated in the accompanying Memorandum of Points and Authorities in Support of Motion for Leave to File Amended Complaint, although Plaintiff believes this Court has jurisdiction over this matter, the Plaintiff seeks amendment in order to clarify the record. The amendment will not prejudice the Defendant in any respect.

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion in its entirety and grant the Plaintiff leave to amend her complaint and award Plaintiff any other and further relief as this Court deems just and proper.

Respectfully submitted,

GLASSMAN & BULLOCK

/s/

Stephen C. Glassman
1950 Old Gallows Rd., Suite 700
Vienna, VA 22182
Telephone: 301-670-9200
Facsimile: 703-902-9501

Counsel for Plaintiff

Certificate of Service

I hereby certify that the foregoing Motion for Leave to File Amended Complaint, Memorandum of Points and Authorities in Support of Motion and proposed Order were sent via facsimile, electronic mail and United States mail, postage pre-paid to:

Peter Keisler
David M. Cohen
Deborah Bynum
Lauren S. Moore
Department of Justice
1100 L St., NW
Classification Unit, 8th Fl.
Washington, D.C. 20530

________/s/___________________
Stephen C. Glassman