**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROBIN C. BROOKINS**<br>**Plaintiff,** | :<br>:<br>: | |
| **v.** | :<br>: | **Case No.: 05-1311C**<br>**(Judge Horn)** |
| **THE UNITED STATES OF AMERICA, et al.**<br>**Defendants** | :<br>: | |

**ORDER**

Upon the Motion for Leave to File Amended Complaint, the Memorandum of Points and Authorities in Support and good cause having been shown, it is hereby:

ORDERED that the Plaintiff's Motion for Leave to File Amended Complaint is GRANTED in its entirety; and it is

FURTHER ORDERED that the Amended Complaint attached to Plaintiff's Motion for Leave to File Amended Complaint shall be deemed to be filed by the Plaintiff as of the date Plaintiff filed the Motion for Leave to File Amended Complaint; or in the alternative it is

FURTHER ORDERED that the Plaintiff shall file an Amended Complaint not later than __________________; and it is

FURTHER ORDERED that the following relief shall be granted:

______________________________________________________________________________

______________________________________________________________________________

_____________________________________________________________________________.

So Ordered.

Date: ________________________

________________________________
The Hon. Judge Horn
United States Court of Federal Claims

Copies to:

Stephen C. Glassman
1950 Old Gallows Rd., Suite 700
Vienna, VA 22182

Peter Keisler
David M. Cohen
Deborah Bynum
Lauren S. Moore
Department of Justice
1100 L St., NW
Classification Unit, 8th Fl.
Washington, D.C. 20530