IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBIN C. BROOKINS, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1311C (Judge Horn) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STIPULATION PURSUANT TO THE COURT'S ORDER DATED MAY 2, 2006

Pursuant to the Court's order dated May 2, 2006, the parties stipulate to the pertinent chronology of this case. The parties' stipulation includes the length of service time[1] that plaintiff, Robin Brookins had prior to her last active duty tour, the dates and length of service time of her last active duty tour, and the dates and length of service time at the conclusion of her last active duty tour. As directed by the Court in its order, this stipulation also indicates whether the parties believe the Board for Correction of Naval Records ("BCNR") was correct or incorrect regarding the length of time it determined Ms. Brookins had served prior to her last active duty tour.

[1] The Court's order also requested the dates of Ms. Brookins's active duty tours prior to her last active-duty tour. The Marine Corps, however, does not possess these records because, pursuant to Navy Instruction ("SECNAVINST") 5212.5C, dated September 27, 1988, page III-1-38, it has a retention policy of purging documents after two years. App. 1-9; 9. "App. ___" refers to the appendix attached to this stipulation.

A. Dates And Length Of Service Time Prior To Her Last Active Duty Tour

Prior to her last active duty tour (non-training), effective February 10, 2000, Ms. Brookins had a total of 17 years, 11 months and 4 days active service. AR 101, block 12b-d.

B. Dates And Length Of Service Time Of Last Active Duty Tour

On March 3, 2000, Ms. Brookins accepted orders for active duty for special work ("ADSW") covering the period February 28, 2000 to May 26, 2000, a total of 88 days. AR 22-24; Compl. at 3. She separated from this active duty tour on May 26, 2000 as was required by her active duty orders. AR 100. A DD-214 was not issued for this period of active duty pursuant to paragraph 1202.3(I) of the Marine Corps Separations and Retirement Manual, because it was for less than 90 days. AR 21.

C. Dates and Length of Service Time At The Conclusion of Her Last Active Duty Tour

At the conclusion of the active duty tour, which ended on May 26, 2000, Ms. Brookins had achieved 18 years, 2 months and 1 day of active duty service time. This number is achieved by adding the 17 years, 11 months and four days credited to her on her DD-214 (AR 101, block 12) to the 88 days she served from February 28, 2000 through May 26, 2000. In addition, subsequent to May 26, 2000 Ms. Brookins served on active duty for training from July 1, 2000 until July 22, 2000. App. 10-12.

D. The Parties' Positions Regarding Whether The Board For Correction Of Naval Records ("BCNR") Was Correct Or Incorrect In Its Computation Of Ms. Brookins's Active Duty Service Time

The BCNR's statement that Ms. Brookins had over 18 years of active duty service when she accepted the orders in question was incorrect. According to official Form DD 214 block 12c-d, she had 17 years, 11 months, and four days of active duty service as of February 10, 2000, before she began her active duty tour on February 28, 2000. AR 101.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum

DEBORAH A. BYNUM
Assistant Director

s/ Stephen C. Glassman

STEPHEN C. GLASSMAN
1950 Old Gallows Road
SUITE 700, Tysons Corner
Vienna, VA 22182
Tele: (703) 902-9507
Fax: (703) 902-9501

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

MAY 18, 2006

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on the 18th day of MAY, 2006, a copy of the foregoing "JOINT STIPULATION PURSUANT TO THE COURT'S ORDER DATED MAY 2, 2006" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

/s/ Lauren S. Moore