SECNAV 5212.5C CH-5 ** 7927954 0022940 632

DEPARTMENT OF THE NAVY
OFFICE OF THE SECRETARY
WASHINGTON, D.C 20350-1000

SECNAVINST 5212.5C CH-1
NAVDAC 80
27 SEP 1988

SECNAV INSTRUCTION 5212.5C CHANGE TRANSMITTAL 1

From: Secretary of the Navy
To: All Ships and Stations

Subj: DISPOSAL OF NAVY AND MARINE CORPS RECORDS

Encl: (1) Revised pages 1 through 3 and new pages 4 through 6; revised pages i through iii; new pages a-1 through a-5; revised pages I-1-1 through I-1-11
(2) Revised pages C-1 through C-9 and new pages C-10 through C-13; revised page D-1 and new page D-2; and new pages H-1 through H-3
(3) New pages III-1-1 through III-1-90 (Chapter 1)
(4) New pages III-7-1 through III-7-89 (Chapter 7)
(5) New pages III-8-1 through III-8-56 (Chapter 8)
(6) New pages III-13-1 through III-13-28 (Chapter 13)

1. Purpose. To delete superseded chapters of SECNAVINST P5212.5B (both shore and afloat versions) and incorporate revised portions of SECNAVINST 5212.5C.

2. Action

a. Remove pages 1 through 3, i through iii, and I-1-1 through I-1-12 and replace with enclosure (1) of this change transmittal.

b. Remove pages C-1 through C-9 and D-1 and replace with enclosure (2) of this change transmittal.

c. Insert pages III-1-1 through III-1-90 (Chapter 1), enclosure (3) of this change transmittal before Chapter 6 of basic instruction.

d. Insert pages III-7-1 through III-7-89 (Chapter 7), enclosure (4) of this change transmittal, and pages III-8-1 through III-8-56 (Chapter 8), enclosure (5) of this change transmittal after Chapter 6 of basic instruction.

e. Insert pages III-13-1 through III-13-28 (Chapter 13), enclosure (6) of this change transmittal after Chapter 10 of basic instruction.

f. Delete Chapters 1, 7, 8, and 13 from Part II (shore) and Part III (afloat) of SECNAVINST P5212.5B.

0 5 7 9 L 5 0 5 3 2 1 9 1

Information Handling Services, DODSTD Issue DW9805

3. Repetitive Change. The following repetitive change is applicable throughout the instruction. Change "COMNAVDAC (Code 17)" to "COMNAVDAC (Code 80)."

4. Filing. This change transmittal should be inserted at the beginning of the basic instruction instead of making numerous changes.

R. H. CONN
Assistant Secretary of the Navy
(Financial Management)

Distribution:
SNDL Parts 1 and 2
SNDL, Annex A to Part 1
MARCORPS CODE A

Commander
Naval Data Automation Command
(Code 813)
Washington Navy Yard
Washington, DC 20374-1662 (450 copies)

Stocked:
CO, NAVPUBFORMCEN
5801 Tabor Ave.
Philadelphia, PA 19120-5099 (500 copies)



Information Handling Services, DODSTD Issue DW9805

Commander
Naval Data Automation Command
Washington Navy Yard, Bldg 166
Washington, DC 20374-1662

SECNAVINST 5212.5C

## NAVY AND MARINE CORPS

# RECORDS DISPOSITION MANUAL

DEPARTMENT OF THE NAVY
OFFICE OF THE SECRETARY
WASHINGTON, D.C.

0579L00532190

Information Handling Services, DODSTD Issue DW9805

DEPARTMENT OF THE NAVY
OFFICE OF THE SECRETARY
WASHINGTON, D.C. 20350-1000

CH-2 of 18 FEB 1989

SECNAVINST 5212.5C
NAVDAC 80

SECNAV INSTRUCTION 5212.5C

From: Secretary of the Navy
To: All Ships and Stations

Subj: NAVY AND MARINE CORPS RECORDS DISPOSITION MANUAL

Ref: (a) Records Management by Federal Agencies (82 Stat. 1297 (44 USC 3101-3107) (NOTAL)
(b) Disposal of Records (82 Stat. 1299, as amended (44 USC 3301-3314)) (NOTAL)
(c) 36 Code of Federal Regulations (CFR) Chapter XII
(d) 41 CFR Parts 201-1, 201-22 and 201-45

1. Purpose. To prescribe policy and procedures for the Department of the Navy's Records Disposition Program relating to records creation, maintenance and disposition.

2. Cancellation. The following parts of both ashore and afloat versions of SECNAVINST P5212.5B are cancelled:

a. Part I, Chapters 1 and 2,

b. Parts II and III: Chapters 1, 4, 6, 7, 8, 10, and 13, (R

c. Parts II and III: Appendices A through G.

Other chapters of Parts II and III of SECNAVINST P5212.5B remain in effect until superseded. See List of Effective Pages on page a-1.

3. Background. The Navy Records Disposition program has been in existence since the Records Disposal Act was passed in 1943. SECNAVINST 5212.5B was a major step toward standardizing the disposition of all naval records; however, as new programs were implemented generating new record series, the manual became seriously outdated. Additionally, National Archives and Records Administration (NARA) established new disposal program policy changes, and no records may be destroyed without the approval of the Archivist of the United States. This revision schedules naval records by Standard Subject Identification Code (SSIC), incorporates the latest NARA policies and guidelines, and has been approved by the Archivist of the United States.

Information Handling Services, DODSTD Issue DW9805

4. Scope. This instruction is issued per statutory and regulatory authorities contained in references (a) through (d). It provides authority and direction for the establishment of a continuing records disposition program. Compliance with this directive and the records disposal schedules contained in Parts III and IV is mandatory and applicable Navy-wide.

R) 5. The Statutory definition of Records. The 82 Statute 1299, as amended (44 U.S.C. 3302-3314, Chapter 33), defines records to include "all books, papers, maps, photographs, machine readable materials, or other documentary materials, regardless of physical form or characteristics, made or received by an agency of the United States Government under Federal law or in connection with the transaction of public business and preserved or appropriate for preservation by that agency or its legitimate successor as evidence of the organization, functions, policies, decisions, procedures, operations, or other activities of the Government or because of the information value of data in them. Library and museum material made or acquired or preserved solely for reference or exhibition purposes, extra copies of documents preserved only for convenience of reference, and stocks of publications and of processed documents are not included."

6. The Need for Records Disposal. The Department of the Navy (DON) is producing records with increasing speed and ease. Actions and decisions, important and unimportant, are being documented not only at the action desk or the policy-making level, but also in the field and the fleet. Information papers are being given wider distribution. Records disposal techniques must keep pace with increasing production and dissemination techniques. Temporary records must be identified, scheduled, and regularly destroyed. Permanent records must be identified and marked for preservation.

7. Goals of Records Disposal Program

a. Within the legal framework provided by law and Navy Regulations, the DON's records disposition program has as its principal goals:

(1) creation of records that adequately document the organization, functions, policies, procedures, decisions and essential transactions of the DON;

(2) preservation of records having long-term permanent worth because of their continuing administrative, legal, scientific, or historical values;



Information Handling Services, DODSTD Issue DW9805

(3) destruction of temporary records as they outlive their usefulness; and

(4) retirement and transfer of those records no longer required in the conduct of daily business to more economical storage.

b. Accomplishment of these goals will reduce maintenance costs and, at the same time, provide management with more efficient records to conduct its daily business. In meeting these goals, the immediate objectives are:

(1) to annually dispose of a volume of records at least equal to the volume created;

(2) to decrease the volume of records in high-cost office spaces by destroying nonrecord material and increasing the volume of short-term records transferred to authorized local storage space and the transfer of long-term and permanent records to Federal Records Centers (FRCs);

(3) to reduce not only the number and volume of long-term or permanent naval records, but also increase the significance of those to be preserved; and

(4) to ensure that all records are programmed for retention or periodic destruction and that every activity and office properly applies the retention standards specified in this instruction.

8. Information Security. The DON Information Security Program Regulation (OPNAVINST 5510.1H) provides for the destruction of classified matter. This and other regulations for safeguarding security information shall be followed at all times in applying the provisions of this instruction.

9. Responsibilities

a. Addressees will be responsible for:

(1) Applying proper records disposition standards.

(2) Establishing a continuing and effective records disposition program.

(3) Monitoring program effectiveness.

b. The Commander, Naval Data Automation Command (COMNAVDAC) under the command of the Chief of Naval Operations will be responsible for:



Information Handling Services, DODSTD Issue DW9805

(1) Managing the Navy Records Disposal Program.

(2) Maintaining this instruction.

(3) Acting as the single Navy liaison with NARA regarding naval records disposition.

10. Requests for Changes. Send recommendations for changes or additions to COMNAVDAC (Code 80).

11. Action. Addressees will take steps to carry out the provisions of this instruction within their internal organization. Each addressee shall conduct an initial inventory of records holdings and review disposal instructions to ensure compliance with the procedures and standards of this instruction and the systematic and proper application of these standards to the records each accumulates. Part II of this instruction contains guidance for making this initial review. Current Marine Corps records management procedures and directives in the 5210 and 5212 series remain in effect. To the extent that any Navy records disposition practice is inconsistent with this instruction, the requirements of this instruction take precedence.

12. Forms, Cartons and Other Material Required for Records Transfer and Reference

a. The following forms are available from the Federal Supply System through normal supply procurement procedures.

| Title | National Stock No. |
|---|---|
| SF 115, Request for Records Disposition Authority | 7540-00-634-4064 |
| SF 277, Computer Magnetic Tape File Properties | 7540-01-045-0610 |
| SF 135, Records Transmittal and Receipt | 7540-00-634-4093 |
| SF 135A, Records Transmittal and Receipt (Continuation) | 7540-00-823-7952 |
| OF 11, Reference Request-Federal Records Centers | 7540-00-682-6423 |

b. To obtain copies of SF-258, Request to Transfer, Approval, and Receipt of Records to National Archives, send a letter request to: National Archives and Records Administration, Office of the National Archives (NN-B), Washington, DC 20408; or telephone Commercial (202) 523-3130.



Information Handling Services, DODSTD Issue DW9805

c. The following records center cartons and material required for records transfers are available from the Federal Supply System through normal supply channels:

| | |
|---|---|
| Standard-size Records Center Cartons | |
| Regular Carton (14-3/4" X 12" X 9-1/2") | 8115-00-117-8344 |
| Tuck Botton Carton (14-3/4" X 12" X 9-1/2") | 8115-00-117-8249 |
| Special Purpose Cartons | |
| Half-size Carton (14-3/4" X 9-1/2" X 4-7/8" | 8115-00-117-8338 |
| Magnetic Tape Carton (14-3/4" X 11-3/4" X 11-3/4") | 8115-00-117-8347 |
| Microfiche Carton (14-3/4" X 6-1/2" X 4-1/2") | 8115-00-117-3254 |
| Microfiche Carton (archival) (14-3/4" X 6-1/2" X 4-1/2") | 8115-01-132-1932 |
| X-ray Carton (18" X 15" X 5-1/2") | 8115-00-290-3386 |
| Other Material | |
| Filament Tape | 7510-00-582-4772 |
| Felt Tip Marker | 7540-00-682-6423 |

13. Reports. The reports required by paragraphs 5a and 5b, Part I, are exempt from reports control by OPNAVINST 5214.7. Report control symbol SECNAV 5212-1 is assigned to the report on Accidental Destruction of Records required by paragraph 6, Part I, and is approved for three years only from the date of change transmittal 1. (R

R H CONN
Assistant Secretary of the Navy
(Financial Management)

Distribution:
(See next page)



Information Handling Services, DODSTD Issue DW9805

8

## SSIC 1320

### ORDERS TO PERSONNEL RECORDS

| | |
|---|---|
| 1. OFFICER AND ENLISTED PERSONNEL. Transfer, duty, flight, training, and other orders. (See paragraph 1900.2 for separation orders and paragraph 1570.2 for reserve personnel training duty orders.) | Destroy when 2 years old. |
| 2. INTRA-SHIP OR STATION DUTY ORDERS AND DETAIL ASSIGNMENTS OR REASSIGNMENTS AND RELATED CARD, LOG, ROSTER, OR OTHER LOCAL CONTROL RECORDS | Retain on board. Destroy when superseded, when individual is transferred, or when individual is reassigned, whichever is earliest. |
| 3. REASSIGNMENT OR DETACHMENT CLEARANCE SLIPS FOR OFFICER AND ENLISTED PERSONNEL | Retain on board. Destroy 6 months after individual is detached or reassigned. |

## SSIC 1330

### PERSONNEL REQUESTS RECORDS

| | |
|---|---|
| 1. GENERAL CORRESPONDENCE FILES. General inquiries and correspondence relating to requests for personnel actions filed by military personnel. | Destroy when 2 years old or when purpose is served, whichever is earlier. |

## SSIC 1331

### OFFICER REQUESTS RECORDS

| | |
|---|---|
| 1. GENERAL CORRESPONDENCE FILES. Documents and related papers on personnel requests filed by officers. | Destroy when 2 years old or when purpose is served, whichever is earlier. |



Information Handling Services, DODSTD Issue DW9805