RTTUZYUW RULSMJX0001 2160614-UUUU--RHMCSUU.
ZNR UUUUU
R 030614Z AUG 00 ZYB ZEX
FM CG MCRSC KANSAS CITY MO//G1-OPB//
TO RSU CAMP LEJEUNE NC//S-1//
INFO CG MCRSC KANSAS CITY MO//OPS//
BT
UNCLAS//N01571//20592-3/B//
PASS TO: LTCOL ROBIN BROOKINS 214688462 USMCR//
MSGID/GENADMIN//
SUBJ/MODIFICATION TO IMA ADT; CASE OF LIEUTENANT COLONEL ROBIN C BROOKINS
/ 0214688462 7220/4420/0000 USMC
/ 100 COACHMAN CT.
/ JACKSONVILLE, NC 285460000//
REF/A/DOC/PER TEAM 2 SNCOIC DTD 000728
REF/B/DOC/MCRSC ORDS TON MBD476 (000701-000722)//
RMKS/

1. THIS MESSAGE CONSTITUTES ORIGINAL ORDERS. YOU ARE DIRECTED TO ENDORSE THESE ORDERS "ORIGINAL ORDERS RECEIVED", NOTING THE DATE AND PLACE OF RECEIPT. YOU ARE ADVISED THAT THE DISBURSING OFFICER MAY REFUSE TO ISSUE PAYMENTS IN THE ABSENCE OF THIS ENDORSEMENT.

2. AS REQUESTED IN REFERENCE (A), REFERENCE (B) IS MODIFIED AS FOLLOWS:

3. IN ACCORDANCE WITH THE AUTHORIZATION CONTAINED IN REFERENCES (A ) AND (B), AND SUBJECT TO THE PROVISIONS OF REFERENCES (C) THROUGH (H), YOU ARE ASSIGNED TO IMA ADT ON SUCH A DATE THAT WILL ENABLE YOU TO REPORT TO NATIONAL DEFENSE UNIVERSITY, RCNSC, 13869 PARK CENTER ROAD, HERNDON, VA 20171 NO LATER THAN 0000 ON 02 JUL 2000 FOR DUTY WITH RCNSC. PERIOD OF DUTY: 01 JUL 2000 TO 22 JUL 2000 (22 DAYS). YOU ARE A MEMBER OF RUC 88836.

4. ALL OTHER PROVISIONS OF REFERENCE (B) REMAIN THE SAME.

5. APPROPRIATION FOR THE PERIOD OF 01 JUL 2000 - 22 JUL 2000 (22 DAYS) IS:
P/A: PAYGROUP: 102 COMPONENT CODE: P/A NUMBER: MBD476
EST COST: $4,359.00

6. THE PURPOSE OF THIS MOD IS TO CHANGE THE DUTY TYPE FROM ADSW TO EXTENDED IMA ADT.

7. DRAFTER OF THESE ORDERS WAS: CPL T NGET.

GD MEEHAN, MAJ, USMC, PHONE: 0//
BT
#0001
NNNN

RTTUZYUW RULSMJX0001 1680649-UUUU--RHMCSUU.
ZNR UUUUU
R 160649Z JUN 00 ZYB ZEX
FM CG MCRSC KANSAS CITY MO//G1-OPB//
TO RSU CAMP LEJEUNE NC//S-1//
INFO CG MCRSC KANSAS CITY MO//OPS//
BT
UNCLAS//NO1571//20592-0/B//
PASS TO: LTCOL ROBIN BROOKINS 214688462 USMCR//
MSGID/GENADMIN//
SUBJ/ORDERED TO ADSW; CASE OF LIEUTENANT COLONEL ROBIN C BROOKINS
/ 0214688462 7220/4420/0000 USMC
/ 100 COACHMAN CT.
/ JACKSONVILLE, NC 285460000//
REF/A/DOC/TFRORMA REQ DTD 000619//
RMKS/

1. THIS MESSAGE CONSTITUTES ORIGINAL ORDERS. YOU ARE DIRECTED TO ENDORSE THESE ORDERS "ORIGINAL ORDERS RECEIVED", NOTING THE DATE AND PLACE OF RECEIPT. YOU ARE ADVISED THAT THE DISBURSING OFFICER MAY REFUSE TO ISSUE PAYMENTS IN THE ABSENCE OF THIS ENDORSEMENT.

2. IN ACCORDANCE WITH THE AUTHORIZATION CONTAINED IN REFERENCES (A ) AND (B), AND SUBJECT TO THE PROVISIONS OF REFERENCES (C) THROUGH (H), YOU ARE ASSIGNED TO IMA ADT ON SUCH A DATE THAT WILL ENABLE YOU TO REPORT TO NATIONAL DEFENSE UNIVERSITY, RCNSC, 13869 PARK CENTER ROAD, HERNDON, VA 20171 NO LATER THAN 0000 ON 02 JUL 2000 FOR DUTY WITH RCNSC. PERIOD OF DUTY: 01 JUL 2000 TO 22 JUL 2000 (22 DAYS). YOU ARE A MEMBER OF RUC 88836.

3. APPROPRIATION FOR THE PERIOD OF 01 JUL 2000 - 22 JUL 2000 (22 DAYS) IS:
P/A: PAYGROUP: 102 COMPONENT CODE: P/A NUMBER: MBD476
EST COST: $4,359.00

4. PAY STATUS: WITH PAY AND ALLOWANCES: PEBD: 07 JUL 1976.

5. TRAVEL VIA PRIVATELY OWNED CONVEYANCE (POC) IS AUTHORIZED. USE OF POC IS NOT CONSIDERED TO BE ADVANTAGEOUS TO THE GOVERNMENT AND YOU ARE RESPONSIBLE FOR ALL OPERATING EXPENSES. SUCH USE ENTITLES YOU TO MILEAGE IN LIEU OF TRANSPORTATION (MALT) FOR THE OFFICIAL DISTANCE OF THE ORDERED TRAVEL AT THE RATE OF $0.325 PER MILE NOT TO EXCEED THE COST OF A GOVERNMENT TRANSPORTATION REQUEST (GTR) PLUS PER DIEM. TRAVELING BETWEEN TWO POINTS IN CONUS IS USUALLY ONE DAY. THIS IS PARAMOUNT FOR THE PURPOSE OF DETERMINING NAVAL BENEFITS, IN THE EVENT OF YOUR INJURY OR DEATH WHILE TRAVELING TO OR FROM THE DUTY SITE. THE TRAVEL AMOUNT CITED WITHIN THESE ORDERS REFLECTS THE MAXIMUM GTR COST.

6. RENTAL CAR NOT AUTHORIZED.

7. USE OF GOVERNMENT QUARTERS IS DIRECTED, IF AVAILABLE. IN ACCORDANCE WITH JFTR U4155, YOU ARE ADVISED TO OBTAIN A STATEMENT FROM THE APPROPRIATE MILITARY REPRESENTATIVE REGARDING THE AVAILABILITY OF ADEQUATE GOVERNMENT QUARTERS AND MESS FACILITIES AT THE PLACE OR PLACES AT WHICH THE SUBJECT DUTY IS PERFORMED.

8. PHYSICAL OR MENTAL INJURY OR ILLNESS THAT WOULD PROHIBIT, HAMPER OR PERCLUDE THE EXECUTION OF THESE ORDERS MUST BE REPORTED TO THE MEDICAL DEPARTMENT REPRESENTATIVE FOR DETERMINATION OF PHYSICAL OR MENTAL QUALIFICATION PRIOR TO EXECUTION.

9. I VOLUNTARILY ACCEPT THESE ORDERS TO ACTIVE DUTY FOR SPECIAL WORK. IN DOING SO, I UNDERSTAND THAT I MAY BECOME ELIGIBLE FOR SANCTUARY ZONE PROTECTION UNDER TITLE 10, UNITED STATES CODE, SECTION 12686(A). AS A CONDITION TO ACCEPTANCE OF THESE ORDERS, HOWEVER, PURSUANT TO SECTION 12686(B), I HEREBY WAIVE THE APPLICABILITY OF SECTION 1268 6(A) TO THE PERIOD OF ACTIVE DUTY COVERED BY THESE ORDERS. I UNDERSTAND THAT THE EFFECT OF THIS WAIVER IS TO REMOVE ANY SANCTUARY ZONE PROTECTION THAT MIGHT HAVE OTHERWISE APPLIED AS A RESULT OF THE EXECUTION OF THESE ORDERS.

10. THE PLACE FROM WHICH YOU ARE ORDERED TO SUBJECT DUTY IS INDICATED AFTER YOUR NAME. UPON COMPLETION OF SUBJECT DUTY, YOU WILL RETURN TO THE ADDRESS INDICATED AFTER YOUR NAME AND UPON ARRIVAL YOU WILL STAND RELEASED FROM SUBJECT DUTY.

11. YOU ARE SUBJECT TO THE UNIFORM CODE OF MILITARY JUSTICE WHILE PERFORMING DUTY UNDER THESE ORDERS.

//

12. IF FOR ANY REASON YOU ARE UNABLE TO CARRY OUT THESE ORDERS, YOU ARE DIRECTED TO RETURN THEM TO THIS COMMAND (OPD), WITH A NOTIFICATION TO THAT EFFECT. IF YOU DO NOT MEET THE WEIGHT/PERSONAL APPEARANCE STANDARDS OF MCO 6100.10A, IT IS YOUR RESPONSIBILITY TO DECLINE THESE ORDERS.

13. WITHIN FIVE WORKING DAYS AFTER COMPLETION OF THIS DUTY, FORWARD ORIGINAL ORDERS, REPORTING AND DETACHING ENDORSEMENTS, COMPLETED ORIGINAL DD FORM 1351-2 (TRAVEL VOUCHER) AND LEGIBLE RECEIPTS, PLUS ONE COMPLETE COPY TO THE COMMANDING GENERAL, MARINE CORPS RESERVE SUPPORT COMMAND, 15303 ANDREWS ROAD, KANSAS CITY, MO 64147-1207. NOTE: MARK THE ENVELOPE ATTN: OPD.

14. WHILE PERFORMING SUBJECT DUTY YOU ARE AUTOMATICALLY COVERED BY SGLI IN THE AMOUNT OF $200,000 IN ACCORDANCE WITH MCO P1080.38 PARAGRAPH 8066 UNLESS YOU HAVE MADE AN ALTERNATE ELECTION PRIOR TO THE ISSUANCE OF THESE ORDERS. INSURANCE PREMIUMS WILL BE DEDUCTED AUTOMATICALLY DURING THE FINAL SETTLEMENT OF YOUR ORDERS.

15. I, ________________________, CERTIFY THAT I MEET THE HEIGHT/WEIGHT STANDARDS AS SET FORTH IN MCO 6100.10B, OR THAT IF I DO NOT MEET THE HEIGHT/WEIGHT STANDARD, I CERTIFY THAT I DO MEET THE BODY FAT PERCENTAGE. BY MAKING THIS CERTIFICATION, I ACKNOWLEDGE THAT I MAY BE SUBJECT TO ADMINISTRATIVE ACTION OR DISCIPLINE UNDER THE UCMJ FOR MAKING A FALSE OFFICIAL STATEMENT SHOULD I BE FOUND TO HAVE MADE A FALSE CERTIFICATION IN THE EXECUTION OF THESE ORDERS. NOTE: IF YOU DO NOT MEET THE MARINE CORPS STANDARDS YOU ARE DIRECTED TO RETURN THESE ORDERS TO CG, MCRSC (OPD), 15303 ANDREWS ROAD, KANSAS CITY, MO 64147-1207 UNEXECUTED.

16. DRAFTER OF THESE ORDERS WAS: CPL S OGGAN.

DB MCMILLAN, MAJ, USMC, PHONE: 0//

BT

#0001

NNNN