**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROBIN C. BROOKINS**<br>**Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No.: 05-1311C**<br>**(Judge Horn)** |
| **THE UNITED STATES OF AMERICA, et al.**<br>**Defendants** | : | |

**AFFIDAVIT OF ROBIN C. BROOKINS**

I, Robin C. Brookins, hereby swear or affirm under the penalties of perjury that the following facts are true to the best of my knowledge, understanding or belief:

1. I am the same individual identified in the above-listed cause of action as Robin C. Brookins.

2. I am a resident of the State of North Carolina.

3. I am over the age of eighteen (18) and competent to testify to the matters raised herein.

4. I have personal knowledge of the matters set forth in this Affidavit and the facts contained in this Affidavit are true and correct to the best of my knowledge and belief.

5. I executed the Separation/Travel Pay Certificate which appears in the Administrative Record at page 100. I did that on May 3, 2000 as an incident to complying with my Active Duty for Special Work ("ADSW") Orders which appear at page 22 of the Administrative Record.

6. Execution of the Separation/Travel Pay Certificate (the "Certificate") was not a voluntary act on my part in the sense that I could chose not to do it and still be compliant with my Orders. My Orders were temporary in nature and had a clearly defined termination. See Marine Corps Order 1001.59 of 22 October 2001 and its predecessor

which required that my ADSW Orders be as I defined them. Exhibit A, attached. As part of the performance of my Orders I was required to "ensure that travel orders are liquidated per the guidelines contained in the Joint Federal Travel Regulations." See Marine Corps Order P10001R.1J of 10 March 1999, page 3-22 attached as Exhibit B.

7. The procedure by which travel orders are liquidated in virtually every facility at which I have served while on active duty has been that the Certificate is completed and executed approximately two weeks prior to the end date for the active duty orders. It is turned into department which is processing pay and travel. At the end date of the active duty orders, the orders are endorsed, the travel claim is paid and if one had not been paid for the period of service, the member receives a pay check for the service provided in compliance with the orders.

8. It is my understanding that failure to comply with all of these procedures violates the orders. Therefore, if I were not to have signed the Certificate and if I were not to have check out and gone off of active duty on May 26, 2000, I would have wrongfully violated my orders. I did not have a choice. Therefore, my release from active duty on May 26, 2000 was not voluntary.

9. As is evident from the Complaint which I have filed in this case, the basis of my claim is that though my Orders contain a waiver of the sanctuary provisions of Title 10, United States Code, Section 12686, that waiver was not authorized by the Secretary of the Navy to be put in my Orders, and therefore, the waiver is a nullity as a matter of law. At the time that I accepted my ADSW Orders (AR 22) I did not know that the waiver provision was legally insufficient. Likewise at the time I was released from active duty

on May 26, 2000, I did not know that the waiver provision was legally insufficient and that I was entitled to sanctuary under Title 10, United States Code, Section 12686.

Robin C. Brookins

STATE OF NORTH CAROLINA
County of ONSLOW, to wit:

This 17TH day of May, 2006, Robin C. Brookins appeared before me and made oath that the foregoing Affidavit was true and correct to the best of her knowledge and belief.

Gary R. Morton
Notary Public

COMMISSION EXPIRES OCTOBER 28, 2006

DEPARTMENT OF THE NAVY
HEADQUARTERS UNITED STATES MARINE CORPS
2 NAVY ANNEX
WASHINGTON, DC 20380-1775

MCO 1001.59
RAP-22
22 Oct 2001

MARINE CORPS ORDER 1001.59

From: Commandant of the Marine Corps
To: Distribution List

Subj: ACTIVE DUTY FOR SPECIAL WORK (ADSW) IN SUPPORT OF THE TOTAL FORCE (SHORT TITLE: ADSW)

Ref:
(a) Title 10, United States Code, "Armed Forces"
(b) DoD Instruction 1215.19, "Uniform Reserve, Training and Retirement Category Administration"
(c) DoD 7000.14-R, "Department of Defense Financial Management Regulation"
(d) MCO P1001R.1, "MCRAMM"
(e) MCO P1610.7, "PES"
(f) MCO P1070.12, "IRAM"
(g) NAVMED P-17, "Manual of the Medical Department" (NOTAL)
(h) MCO 5000.12, "Marine Corps Policy on Pregnancy and Parenthood"
(i) MCO 1770.2, "Notice of Eligibility"
(j) MCO P1080.40, "MCTFSPRIM"
(k) MCO P1900.16, "MARCORSEPMAN"
(l) JAGINST 5800.7, "Manual of the Judge Advocate General"
(m) MCO 1001.61, "Policy and Procedures for Sourcing Personnel to Meet Individual Augmentation Requirements"
(n) MCO P1082.20, "MCTFSCODESMAN"
(o) MCO P5512.11, "Identification Cards for Members of the Uniformed Services, Their Dependants, and Other Individuals"

Encl:
(1) Glossary
(2) Category Definitions
(3) ADSW Gaining Command/Member Qualification Screening Checklist
(4) Sample 180-Day Waiver Request

1. Purpose. To establish policies and procedures for the assignment of Reserve Component (RC) personnel to active duty under the ADSW Program.

a. The ADSW program, through short tours of active duty, provides Marine Corps Reserve personnel of appropriate grades and skills to support the existing and emerging personnel augmentation requirements of the Total Force Marine Corps and Commanders in Chief (CinCs) of Unified Combatant Commands. The ADSW Program is intended to provide personnel augmentation for both Active and Reserve forces to accomplish special projects, and to meet operational, administrative, and exercise support requirements of short-term duration.

b. The ADSW program is not authorized to improve the potential for augmentation, achieve active duty retirement eligibility, or to create a career status.

**DISTRIBUTION STATEMENT A: Approved for public; distribution is unlimited.**

EXHIBIT
A

2. Cancellation. MCO 1001.55A, "Reserve Personnel to Pursue Active Duty for Special Work in Support of the Active Component," and MCO 1001R.56A, "Active Duty Special Work in Support of the Reserve Component."

3. Information. Reference (a), section 12301(d), provides legal authority to order RC members, with their consent, to active duty. Reference (b) defines ADSW as "an authorized tour of active duty for RC personnel resourced from applicable military or Reserve appropriation to support AC or RC programs, respectively." Reference (c) provides implementing guidance for allowances, entitlements, and financial management. Additional definitions for terms used in this Order are provided in enclosure (1).

a. The ADSW Program funding sources consist of Military Personnel, Marine Corps (MPMC), Reserve Personnel, Marine Corps (RPMC), and Operations and Maintenance, Marine Corps (O&MMC) appropriations. Contingency operations and unanticipated larger-scale Reserve augmentation requirements will be primarily funded through MPMC and O&MMC.

b. The five MPMC/O&MMC ADSW budget execution categories (enclosure (2)) are: Short Tours (ADSW-AC), Active Component (AC) Exercise Support (ADSW-ES), Traditional CINC Activities (ADSW-TCA), Contingency Operations (ADSW-CO), and Unexpected Non-Contingency (ADSW-NC).

c. The six RPMC ADSW budget execution categories (enclosure (2)) are: General Officer Short Tours (ADSW-GO), Short Tours (ADSW-RC), Reserve Exercise Participation (ADSW-EP), Department of Defense (DoD) Special Programs (ADSW-SP), Recruiting and Retention (ADSW-RR), and Funeral Honors (ADSW-FH).

d. Budget execution categories are defined by CMC (P&R) with specific expenditure attributes that support individual elements that make up the whole funding support package (MPMC-ADSW/O&MMC(R)) for the Marine Corps Reserve. Reference (b) further defines the parameters for ADSW use to support special projects, exercise related functions and emerging, unplanned requirements.

4. Force Management. Manpower reductions resulting from Department of Defense (DoD) force drawdowns and related force structure decisions have resulted in a shortage of active duty Marines to meet current manning requirements. The ADSW Program has evolved as a means to allow commanders the ability to meet increasing requirements with decreasing manpower. Reserve and Active component Force Planners make accessions planning decisions and changes to regulating controls throughout the year in order to meet congressionally mandated end strength parameters. Therefore, potential end strength, assignments, and promotions impacts require the Service Headquarters to have visibility and control over the total number of Marines serving on ADSW across the Marine Corps.

5. Policy

a. ADSW program criteria

(1) The requirement for ADSW should be temporary in nature with a clearly defined termination date.

(2) Marines assigned to duty under ADSW should possess the appropriate Military Occupational Specialty (MOS) or civilian skill necessary to accomplish the mission.

(3) The originating command must clearly articulate billet requirements, duties, special qualifications, experience necessary, level of security clearance, location of duty assignment, and the unit point of contact information in the orders request submission.

b. Individual Marines must:

(1) Have less than 16 years of total active service at the completion of the period of ADSW requested.

(2) Be a satisfactory participant in the Marine Corps Reserve.

(3) Be medically fit for duty per paragraph 7c and enclosure (3).

(4) Clearly understand that the ADSW assignment is temporary and there is no entitlement, contractual or implied, for continued ADSW assignments, active duty retirement, or other career incentives. See enclosure (3).

c. Within funding constraints, Operational/Budget Sponsors may authorize ADSW for periods up to 179 days. Waiver requests for consecutive or extended periods of ADSW exceeding 179 days shall be considered and managed by the Deputy Commandant for Manpower and Reserve Affairs (DC M&RA). Enclosure (4) provides the format for extensions of ADSW beyond 179 days.

d. Members of the RC on ADSW for greater than 180 continuous days per fiscal year are accountable against the Marine Corps Active or Active Reserve end strength per reference (a), section 115. For the purpose of end strength accounting, consistent with the provision of temporary support, ADSW is not cumulative within a fiscal year.

e. Waiver requests for ADSW beyond 179 days will be submitted to CMC (RAM-7), or CMC (MPP-60) in the case of ADSW-CO orders, for approval. For timely support, requests must arrive at HQMC at least 30 working days prior to the effective date.

f. Waiver requests are not required for consecutive ADSW periods, up to 179 days, after a break in active duty service of 31 days or more.

g. <u>End Strength Exclusions.</u> Within funding constraints, the following ADSW activities have specific statutory exclusion from end strength limitation per reference (a):

(1) RC members specifically assigned to military-to-military contacts and comparable activities, such as the Joint Contact Team Program (JCTP), for 180 days or more. The Deputy Commandant for Plans, Policies, and Operations has cognizance over the JCTP.

(2) RC members involuntarily ordered to active duty in support of a designated contingency operation in which Presidential Reserve Call-up (PRC) authority has been granted or a declared national emergency in which Partial Mobilization has been authorized. Reference (a) provides exemption only to

those members involuntarily recalled to active duty under either of these two Presidential authorities.

(3) As specified in reference (a), RC members on active duty "in support of a combatant command," may be exempted for more than 180 days but less than 271 days to perform special work.

(a) The total number of members excluded under this provision is limited to 0.2% of the authorized active duty end strength for each fiscal year. General officers may not be considered for end strength exemption under this classification.

(b) Requesting commands should identify members to be so exempted in the Total Force Reserve Orders Request Management Application (TF/RORMA) in the "special instructions" data block. Justifications should include a statement in the appropriate data block that the member is "in support of combatant commands." CMC (RAM-7) provides force management oversight and approval for this exemption.

h. ADSW is intended to accomplish those specific duties required to complete the special work identified on each orders request.

i. ADSW order requests will be submitted through the TF/RORMA utilizing NAVMC 11350. Additionally, requests for ADSW-CO orders must be initiated by Naval message to CMC (MPP-60). Upon authorization of ADSW-CO by CMC (MPP-60), the requesting command will be required to submit pertinent member information to the order writing authority to generate the ADSW orders.

j. <u>Sixteen Year Rule</u>. Marines on ADSW must have less than 16 years cumulative active service upon termination of the requested orders.

(1) The formula for calculating active duty years of service is:

TOTAL PAID ACTIVE POINTS (current orders inclusive)/365 = CUMULATIVE ACTIVE SERVICE

(2) This method for determining active duty retirement eligibility is the DoD and CMC (MMSR) approved formula and should be used for computation of cumulative active duty under this Order. Equivalent to 16 years, Marines having more than 5,840 active duty points are not eligible for ADSW assignments.

k. Subsequent assignment of Reserve personnel to Temporary Active Duty (TAD) while performing ADSW is at the discretion of the gaining command but should be commensurate with the purpose of the ADSW assignment. Funding must be provided by the gaining command.

l. Higher or adjacent commands interested in placing any Selected Marine Corps Reserve (SMCR)/Individual Mobilization Augmentee (IMA) on ADSW orders, from outside their parent command, are responsible for coordinating with the individual Marine's chain of command prior to issuing orders.

m. RC member pay allowance entitlements, as prescribed by the Joint Federal Travel Regulations (JFTR), are affected by ADSW tour length as follows (reference (c)):

(1) Personnel assigned to ADSW for 139 days or less rate per diem, travel, and Basic Allowance for Housing (BAH) Type II, if otherwise entitled by the JFTR. Reserve Marines on ADSW-CO rate BAH-I. Per diem, in lieu of PCS orders requests in excess of 139 days, will require amplified justification and must be submitted to CMC (RAM-7) for approval.

(2) Members issued ADSW orders for 140 consecutive days (20 weeks) or more rate Permanent Change of Station (PCS) orders and are not entitled to per diem, except while in a travel status. PCS entitlements and BAH will be based on grade, dependency status, and the location to which they are assigned. No-cost PCS orders may be authorized for ADSW executed within a reasonable commuting distance, (reference (d)).

(3) Family Separation Allowance (FSA) is only authorized for members on active duty in excess of 30 days but less than 140 days, if transportation of the RC member's family members at government expense is not authorized to the duty station, and if the member's family members do not reside in the vicinity of the duty station.

(4) ADSW Personnel executing PCS are authorized movement of household goods, temporary storage, and dependent travel if otherwise entitled by the JFTR. Members have the option of declining these entitlements and may choose not to execute a PCS move. In those cases where an individual desires to execute a move, coordination with CMC through the orders request process is required for PCS budgeting. If a member originally declines a PCS move and later desires to exercise this entitlement, coordination is also required to ensure availability of funds prior to the execution of the PCS.

(5) In the case of ADSW-CO orders in excess of 139 days, CMC (MPP-60) will determine if a member will receive per diem or PCS entitlements based on dependent or OCONUS theater restrictions.

n. Recall of retirees to active duty utilizing ADSW is not normally approved.

o. Reference (d) provides information regarding other Reserve opportunities, Reserve augmentation and support methods, administration, and additional coordinating instructions for gaining commands and members.

p. Leave accrued during ADSW will be accommodated within the term of the ADSW orders. Extensions for accrued leave will not normally be approved. Accrued leave can be sold back upon release from active duty within prescribed parameters defined in reference (c).

q. In accordance with reference (d), Marines without official orders are not authorized to perform ADSW. Requesting organizations are not authorized to bring an individual on active duty without orders.

r. Refer to references (e) and (f) for performance evaluation and proficiency and conduct marking requirements, as applicable, while a member is on ADSW.

s. Enlisted Marines must have sufficient time remaining on their enlistment contracts for execution of the ADSW period requested.

t. MARADMIN 504/00 authorizes "In Progress Payments" to all Marines performing ADSW between 12 and 30 days.

6. Orders Procedures. ADSW orders will be generated in TF/RORMA or any subsequent automated system established as the primary orders writing system for the Marine Corps Reserve. The Reserve Order Writing System (ROWS) is expected to be operational in calendar year 2001. Once ROWS becomes operational, it will be substituted for TF/RORMA as the exclusive mechanism in generating most types of ADSW orders. A MARADMIN will announce the resulting administrative changes and policy revisions to maximize the enhanced management capabilities and efficiencies provided by ROWS. The Total Force Manpower Guidance MARADMIN, published by MPP-60 for a declared contingency, will outline processing of ADSW-CO order requests.

a. With the exception of ADSW-CO, requests for ADSW orders for non-SMCR activities shall be submitted via the chain of command to the appropriate funding source at least 30 days prior effective date. The orders writing authority will promptly issue orders to provide the member ample opportunity for employer notification or PCS coordination. If a request must be submitted manually, NAVMC 11350 will be completed and forwarded via the chain of command at least 30 days prior to the effective date.

b. ADSW requests for SMCR Marines will be submitted to the member's Commanding Officer/Officer-In-Charge for disposition.

c. ADSW requests for Individual Ready Reserve (IRR) members, Individual Mobilization Augmentees (IMAs), and Reserve General Officers will be submitted to the Commanding General, Marine Corps Reserve Support Command (CG MCRSC) for disposition.

d. Requesting commands without TF/RORMA capability may request TF/RORMA support from MCRSC, or use the next higher headquarters with TA/RORMA capability. As a last resort, submit a hard copy directly to CMC (RAM-7).

e. Commands requesting ADSW-AC (MPMC and O&MMC) will provide the orders writing authority with direct fund cite data to cover the travel and per diem costs. If another Service provides this funding, the requesting command will also provide the contact information (address, phone) for the cognizant finance officer to facilitate settlement upon completion of orders. U.S. Marine Corps Forces (MARFORs) requesting ADSW-TCA orders will provide the issuing authority with the supported CinC's direct fund cite data. If a supported CinC has already provided the requesting MARFOR with funding by Military Interdepartmental Purchase Request (MIPR), the MARFOR will provide their own direct fund cite data to the orders writing authority.

7. Medical. Prior to acceptance and initiation of ADSW orders, Marines must be physically fit for duty. Reference (g) is the reference for health issues. Reference (d) also provides medical policy guidance within Reserve administration.

a. To ensure the minimum currency of the SF 88/93 and NAVMED 6120/3, the member's medical records must be screened by an appropriate medical department representative (MDR) prior to orders issuance. Dependent on the length of tour, the MDR will determine the type of medical assessment that may be required. Members may contact their MDR, unit corpsman, local military medical facility, authorized provider, or MCRSC for assistance.

b. The member must sign the statement of understanding and fitness certification, resident in the orders. The statement acknowledges that the individual is responsible for the accuracy of the fitness for duty statement under the Uniform Code of Military Justice (UCMJ).

c. Medical Examinations. A Reserve Marine under the age of 50 must have a completed medical examination within the previous 5 years. Marines 50 - 60 years old must have a completed physical examination within the previous 2 years. Marines 61 years and older must have a completed a physical within the last year. Any Marine outside these medical qualification windows must submit a current SF-88/SF-93 to the orders issuing command prior to ADSW orders generation.

(1) Pregnant Marines desiring to perform ADSW must comply with the provisions contained in reference (h).

(2) Prior to completion of active duty:

(a) Duty greater than 90 days. A Marine on ADSW for a period of greater than 90 days must receive a complete medical examination prior to release from active duty. Any changes in the member's physical condition should be appropriately annotated. Non-compliance with or scheduling delays in completing the pre-release physical shall not be the basis for a delay in the separation process.

(b) 90 days or less. A Marine on ADSW for 90 days or less should date and sign a SF-600 entry certifying that he or she did not incur any disabling injury or illness while on active duty. Refusal to sign this statement will not delay separation.

d. Medical Hold. When a Marine is injured while on ADSW and the period of duty specified in the Marine's orders is less than 31 days, the Marine is required to be released from active duty at the end of the orders period. Per reference (i), Notice of Eligibility (NOE) benefits may be submitted for determination.

(a) When a Marine is injured while on ADSW and the period of duty specified in the orders is 31 days or more, the command will make the appropriate unit diary entries (reference (j)) placing a Marine on medical hold. For officers, the gaining command is responsible for coordinating with their servicing MISSO to have the appropriate unit diary entries run. Because the funding category changes when a Marine on ADSW is placed on medical hold, Operational Sponsors (OpSponsors) must inform the original order writing authority so they can issue a modification to reflect accurate accounting of ADSW funds. The effective date of the modification will be the date the Marine was placed on medical hold. If the original orders authorized per diem, per diem may continue while in a medical hold status. Upon determination by a competent medical authority that the Marine is fit for duty, the orders issuing command must again be notified to terminate medical hold orders. If the Marine is unfit for duty, the Marine will be separated or medically retired in accordance with reference (k).

(b) When a Marine has been placed on medical hold, the command should ensure that the appropriate dates are noted on the separation voucher (NAVMC Form 11060). This clarification ensures the original order writing authority can generate medical hold orders to cover that period. The medical hold Marine is then referred to CMC (MMSR) and placed on medical hold for

disposition by a Physical Evaluation Board (PEB) and given a mandatory End of Active Service (EAS). The Marine may be separated for non-serious conditions and referred to the Veteran's Administration for treatment.

(c) On a case-by-case basis, CMC (RAM-7) may authorize an ADSW extension up to 60 days to resolve minor medical problems or allow medical evaluation for referral to a PEB. Medical disability discharges are handled in accordance with reference (k) and are the responsibility of the parent command.

8. Legal. Marines on ADSW are subject to the UCMJ.

a. Legal hold. Prior to the expiration of active duty, a Marine on ADSW orders who commits an offense under the UCMJ may be involuntarily extended for the purpose of investigation and punishment. It is the responsibility of the gaining command to run the appropriate unit diary entry indicating that the enlisted Marine is placed on legal hold. For officers, the gaining command is responsible for coordinating with their servicing MISSO to have the appropriate unit diary entry run. The pay group from which the orders are funded will not change when a Marine is placed on legal hold. The gaining command must inform the OpSponsor when a Marine on ADSW is placed on legal hold so that the OpSponsor may accurately account for their ADSW funds and initiate any orders modifications that may be required.

b. The gaining commander has the authority to administer non-judicial punishment (NJP) subject to the limitations contained in the UCMJ and references (l) and (d).

c. When a Marine on ADSW commits an offense under the UCMJ, but the offense is not discovered until after the completion of active duty, the Marine may be ordered to involuntary active duty by the officer exercising general court-martial jurisdiction or the Secretary of the Navy per paragraph 0123e of reference (l) for imposition of NJP, Article 32 (UCMJ) investigation, or trial by court-martial.

9. Resources. Funding for ADSW is derived from the Program Objective Memorandum (POM), Office of the Secretary of Defense transfers (e.g., counter drug operations), contingency operation sources, and congressional enhancements. ADSW budget guidelines generated during the POM process will be used to develop the annual ADSW budget for both the RPMC, MPMC, and O&MMC budgets.

a. ADSW appropriations are further categorized into AC and RC funding to track funding sources for accountability. ADSW support intent and support benefit ultimately determines which category funds an ADSW request.

(1) Support for an active duty project or exercise, when the primary benefactor is the requesting active duty command, is funded by MPMC/O&MMC ADSW.

(2) Personnel support for a Reserve project or exercise, when the primary benefit is to the Reserve, is funded from the RPMC ADSW category.

(3) In situations where more than one component is involved, the funding source will be determined by which component is the primary beneficiary of that support.

b. Accurate projection and representation of POM issues are necessary for full representation within the Future Year Defense Plan (FYDP). Toward that end, an ADSW Budget Working Group (ABWG) is convened annually to formulate and prioritize Reserve funding requirements for inclusion in the POM budget. Membership to the working group is announced annually by MARADMIN that also defines voting and non-voting member status.

(1) Organizations requiring ADSW support will submit NAVMC 11349 with justification to CMC (RAM-7) no later than 15 January each fiscal year. Organizations submitting a NAVMC 11349 will be given the opportunity to brief their requirements to the ABWG.

(2) Voting members will prioritize all requirements into one list. Two separate resourcing lists (MPMC and RPMC) will be developed while maintaining the integrity of the prioritized order of requirements. The ABWG will submit the final prioritized lists to the Director, Reserve Affairs (RA) who will issue all requesting organizations a tentative funding allocation. Concerned organizations will be given an opportunity to reclama and/or re-prioritize requirements. Once all concerned organizations have responded, the Director, RA will make final determination and publish the results.

c. Final funding levels will be affected by the POM/budget development process. Upon approval of the authorization and appropriation acts, CMC (RA) will coordinate the generation of funding letters which will include the annual ADSW authorizations for each budget sponsor.

d. To coordinate the efficient allocation and utilization of resources, Budget Sponsors shall submit ADSW expenditure reports to CMC (RAM-7) quarterly. Requests for additional funding or reports of estimated under execution during the budget execution year must be provided to CMC (RA) prior to 1 February of that year to ensure expeditious realignment and expenditure of funds.

10. Actions

a. The DC M&RA is delegated authority by the Commandant for all matters pertaining to the budgeting, management and execution of the ADSW Program.

b. Deputy Commandant, Programs and Resources

(1) Will notify the Director, RA of any marks or Program Budget Decisions (PBDs) from the Department of the Navy or the Office of the Secretary of Defense impacting ADSW appropriation and will solicit the development of a Marine Corps position consistent with requirements.

(2) Will inform the Director, RA of funding levels for year of execution in all categories and provide updates as may be required.

(3) Will, as the resource owner, ensure that ADSW requirements receive appropriate consideration, given other Marine Corps priorities.

c. Director, RA

(1) Is responsible for ADSW policy development and program execution oversight for DC M&RA.

(2) Has authority for budget formulation and execution of RPMC, MPMC and O&MMC ADSW funding decisions. The Director, RA will coordinate with DC P&R and the Director, MP to develop positions on marks or PBDs, provide briefs, and answer questions during the legislative review of the budget. In the event that unexpected budget year requirements surface, The Director, RA will coordinate with CMC MPP-40 and P&R (RFM and RFO) to identify funding requirements and MPMC and O&MMC funding availability. The Director, RA will also provide DC M&RA ADSW recommendations for the POM process and "mid-year review".

(3) Will conduct an annual ADSW Budget Working Group each fiscal year to formulate and prioritize ADSW requirements and funding allocations.

(4) Will issue all requesting organizations a tentative funding allocation, afford the opportunity for reclama, and finalize and publish projected allocations. O&MMC allocations will be issued to those Budget Sponsors with funded MPMC requirements. Final allocations will be determined upon the outcome of the POM/Budget process.

d. Director, Manpower Plans and Policy

(1) Will maintain situational awareness and visibility on Marines under ADSW-AC in excess of 179 days for active component end strength planning.

(2) Manage requests to exceed 179 days ADSW-CO through CMC (MPP-60) under existing contingency operations.

(3) In the event of a contingency operation, CMC (MPP-60), in compliance with reference (m), will:

(a) Be responsible for preparing/publishing Total Force manpower guidance messages for Marine augmentation to support contingency operations.

(b) Be the Headquarters, U.S. Marine Corps point of contact for MARFORs to submit validated operational Reserve manpower augmentation ADSW-CO requirements.

(c) Provide input to CMC (MPP-40) for ADSW support requirements as required.

(d) Coordinate to have Reserve SRB/OQR medical records sent to the gaining command.

(e) Coordinate the processing schedules, equipment/weapons issue, and miscellaneous supply issues with the gaining command.

(f) Prepare/forward daily manpower reports to Joint Staff (J1).

(g) Prepare/forward weekly operational augmentation manpower numbers to Deputy Commandant for Plans, Policies, and Operations for the CMC brief.

(h) Track Reserve augmentation requirements for current contingencies.

e. Director, Personnel Management Division. Provide recommendations to the Director, RA on PCS budgeting approval or disapproval of all ADSW-AC orders 140 days or greater in which the individual will execute a movement of household goods.

f. Commanders, U.S. Marine Corps Forces (COMMARFORs); Commanding General, Marine Corps Recruiting Command (CG MCRC); Commanding Officers, RSUs; and Requesting Agencies (to include IMA Detachment OpSponsors not associated with a MARFOR, MCRC, or RSU)

(1) Ensure adherence to the duties assigned, timely completion of special projects, use of leave, and proper termination of orders.

(2) Ensure requests for waivers to the 179-day limit are submitted to CMC (RAM-7), or CMC (MPP-60) in the case of ADSW-CO orders, for approval.

(3) Ensure Reserve Marines are not over 16 years of active duty service, as computed in accordance with this Order, prior to an orders request submission.

(4) Ensure Reserve Marines on ADSW in excess of 90 days have a current medical screening or physical prior to active duty and separation.

(5) Whenever possible, ensure that requests for SMCR members and IMAs are coordinated with the Marine's entire chain of command prior to the issuance of orders.

(6) Submit NAVMC 11349 forms with justification for ADSW account funding to CMC (RAM-7) no later than 15 January each fiscal year. NAVMC 11349 is available in the Marine Corps Electronic Forms System utilizing "Form Flow" software and also through the Navy supply system. All IMA Detachments not associated with a MARFOR, MCRC, or RSU will submit NAVMC 11349 directly to CMC (RAM-7). All other IMA Detachments will submit their requirements via the MARFORs, MCRC, or RSU to CMC (RAM-7).

(7) Commands submitting MPMC ADSW requests on a NAVMC 11349 must ensure that travel and per diem costs are accurately identified.

(8) Screen requested Marine's eligibility for orders prior to forwarding to the Marine's command. Utilize enclosure (3) for command screening and sponsorship.

(9) With the exception of ADSW-CO orders generated via Naval Message, use TF/RORMA as the primary mechanism for inputting ADSW requests.

(10) Forward all ADSW requests in excess of 139 days when a Marine desires to execute a movement of household goods and/or family member travel to CMC (RAM-7) for coordination and approval prior to issuance of orders.

(11) For requesting organizations located aboard a base or station with a resident Reserve Support Unit (RSU):

(a) If the gaining command is organic to the base or station, individuals on ADSW will check in with the RSU where all administrative and support functions will be performed for the member.

(b) If the gaining command is a part of the operating forces and therefore a tenant command aboard the base or station, the gaining commander is responsible for all administrative and support functions. The gaining commander's Reserve Liaison Officer should coordinate with an RSU to ensure information on all Marines performing ADSW with the tenant command is available to the RSU.

(12) Ensure all Marines meet pre-deployment criteria for overseas ADSW assignments (see enclosure (3)).

(13) Order writing authorities should ensure a copy of all OCONUS orders are provided to the appropriate COMMARFORs.

g. Gaining Commands

(1) Upon commencement and completion of the ADSW period, report the appropriate unit diary entries per references (d) and (j). Ensure that the correct component code is reported in MCTFS in accordance with references (d), (j), and (n).

(2) Ensure that travel orders are liquidated per the guidelines contained in the JFTR. All travel claims for orders 30 days or less will be settled by the RC members' parent command. Claims for orders exceeding 30 days must be settled at the base or station where the duty was performed. Claims for other Service funding, i.e., Department of the Army/Department of the Air Force, must be forwarded to the appropriate finance office for settlement of associated travel and per diem costs. The Marine must annotate on their orders and in their medical record that he/she is physically qualified for release from active duty.

(3) Identification (ID) Cards. Marines that perform ADSW orders for 31 days or more will be issued active duty ID cards. ID cards will be issued in accordance with reference (o).

(4) Family Members. The family members of Marines performing ADSW of 31 days or more will be issued active duty dependent ID cards (reference (o)) and will be enrolled in the Dependents Enrollment Eligibility Reporting System (DEERS).

(5) Fitness Reports. Fitness Reports will be completed per the guidance contained in reference (e).

(6) Separation. Marines performing ADSW orders of 30 days or more must receive a Separation Voucher (NAVMC 11060) and those on active duty 90 days or more must be issued the Separation Voucher and a DD214 (Certificate of Release or Discharge from Active Duty). Upon separation of the Marine, complete those actions required by reference (k).

(7) Physical Examination. Ensure that the Marine's medical record is screened by an MDR prior to ADSW. Upon completion of active duty, the Marine must complete a separation physical or medical release prior to release from active duty, (reference (g)).

(8) Ensure that the Reserve member has checked-in with the RSU, or if performing ADSW with a tenant command, that information on the Reserve member is provided to the RSU.

(9) Utilize enclosure (3) as a guide for gaining command ADSW member qualification, sponsorship, and administration. Utilize enclosure (4) when seeking to extend a Marine on ADSW beyond 180 days.

(10) In excess of 30 days of active duty, ensure the member's record books and MCTFS data have been maintained, appropriately annotated, and updated for the period of ADSW.

11. Applicability. This Order is applicable to the Marine Corps Total Force.

12. Recommendations. Recommendations for changes to this Order are encouraged and should be submitted to CMC (RAP-22).

M J Williams
M. J. WILLIAMS
Assistant Commandant
of the Marine Corps

DISTRIBUTION: PCN: 10200136600

Copy to: 7000110 (55)
7000129 (50)
7000005 (7)
8145005 (2)
7000099/7000144/85001 (1)

GLOSSARY

1. Active Duty (AD). Full-time duty in the active military service of the United States. It includes full-time training, annual training duty, and attendance, while in active military service, at a school designated as a service school by law or by the Secretary of the military department concerned.

2. Active Duty Special Work (ADSW). ADSW is included under the category of Active Duty Other than for Training (ADOT). It is defined as an authorized tour of AD for RC personnel from applicable military or Reserve appropriations (ADSW-AC funded or ADSW-RC funded) to support AC or RC programs, respectively.

3. Active Duty for Training (ADT). ADT is a category of AD used to provide structured individual training, unit training, or educational courses to RC members. Included in the ADT category are Annual Training (AT), Initial Active Duty for Training (IADT), and Other Training Duty (OTD).

4. Active Duty Other Than for Training (ADOT). A category of AD used to provide RC support to either AC or RC missions. It includes categories of ADSW, AGR (AR) duty, and involuntary AD per reference (a). Training may occur in the conduct of ADOT.

5. Active Reserve (AR). Marines who are part of the SMCR on full-time duty under 10 U.S.C. Sections 10211, 12310 (d) or 12310 for the purpose of organizing, administering, recruiting instructing, or training the Reserve Component.

6. Annual Training (AT). It is the minimum period of training that SMCR members must perform each year to satisfy Marine Corps training requirements associated with their assignment. The primary purpose of AT is to provide individual and/or unit readiness training, but it may also be used to provide operational or administrative support of the AC missions and requirements.

7. Cumulative Active Service. The total amount of active service a Marine has accumulated on active duty.

8. End Strength. The authorized personnel strength set by Congress for each fiscal year of active duty personnel, paid for by funds appropriated for active duty and reserve personnel, and the Selected Marine Corps Reserve determined necessary to provide for the national defense.

9. Gaining Command. This command is the unit to which the Marine is joined for performing ADSW or rejoining after completion of ADSW. It is directly responsible for the unit diary entries, administrative support, assistance, and sponsorship of the member.

10. Individual Mobilization Augmentee (IMA). An individual member of the SMCR who receives training and is pre-assigned to an AC organization, a Selective Service, or a Federal Emergency Management Agency billet that must

be filled to meet requirements of the organization to support mobilization (including pre- and/or post-mobilization) requirements, contingency operations, operations other than war, or other specialized or technical requirements.

11. Individual Ready Reserve (IRR). A trained manpower pool of Ready Reservists who are not in the SMCR. The IRR consists of: (1) Marines who have had training and served previously in the AC or in the SMCR and have some period of Military Service Obligation (MSO) remaining, (2) Marines who have completed their MSO and are in the IRR by choice, and (3) Marines of the Delayed Entry Program.

12. "In Support of Combatant Commands". Reservists performing ADSW support of CINCs fall into two categories:

a. Direct support by IMAs or other individual augments performing duties as members of the CINC's staff.

b. Indirect support by Reserve units and individuals augmenting the operating forces of the Marine Corps that are participating in CINC exercises and/or operations, or other activities related to fulfilling CINC requirements.

13. Military Personnel, Marine Corps (MPMC). An appropriation category used to fund activities that support the AC.

14. Major Subordinate Command (MSC). Major commands under the command of a Force Commander. MSCs under COMMARFORRES include 4th MarDiv, 4th FSSG, 4th MAW, and MCRSC. I MACE and II MACE are also MSC's but are only under the administrative control (ADCON) of COMMARFORRES.

15. Mobilization Training Unit (MTU). A unit established to provide RC training in a non-pay status for volunteers of the IRR and the Standby Reserve (ASL) attached under competent authority and participating in such units for retirement points.

16. Operation and Maintenance, Marine Corps (O&MMC). An appropriation category used to fund activities that support the AC.

17. Ready Reserve. The Ready Reserve is comprised of military members of the Reserve, organized in units or as individuals, or both, and liable for involuntary order to AD in time of war or national emergency under reference (a). The Ready Reserve of the Marine Corps consists of the SMCR and the IRR.

18. Reserve Counterpart Training (RCT). A program designed to give members of the IRR an opportunity to enhance military skills by training with their AC counterparts. RCT provides mobilization readiness training for preassigned IRR's (MCO 1510.39).

19. Reserve Personnel, Marine Corps (RPMC). An ADSW appropriation category used to fund activities that support the RC.

20. Retired Reserve. The Retired Reserve consists of: (1) RC members who have been retired under the provisions of 10 U.S.C. Sections 6323, 6327, or 12731; and, (2) RC members who have been transferred to the Retired Reserve upon their request, retain their status as Reservists, and are otherwise qualified.

21. Satisfactory Participation. Attendance and participation in the required activities for an individual training category, as prescribed for attendance at IDT, AT, or ADT.

22. Selected Marine Corps Reserve (SMCR). That portion of the Marine Corps Ready Reserve in an active status having IDT and AT requirements. SMCR members are in COMMARFORRES units, IMA status, initial active duty for training, or in the AR program.

23. Unsatisfactory Participant. A member of the Ready Reserve who fails to fulfill an obligation or agreement as prescribed in reference (a); or a member who fails to meet the standards prescribed by the Marine Corps for attendance at IDT, AT, and ADT.

CATEGORY DEFINITIONS

Military Personnel, Marine Corps (MPMC) and Operations and Maintenance, Marine Corps (O&MMC) Categories

1. Short Tours (ADSW-AC). Provides manpower to support specific short-term active component (AC) requirements and special projects beyond day-to-day operations. Each Fiscal Year, CMC (RA) will allocate MPMC/O&MMC ADSW funding for pay and allowances, travel, and per diem to MARFOR's, RSU's, and IMA Detachment Operational Sponsors. Organizations that have not been allocated annual ADSW funds may request ADSW support to cover the cost of pay and allowances from CMC (RAM-7). These organizations will normally be required to cover costs beyond pay and allowances (travel and per diem) by providing their own appropriation data. This also includes IMA members on ADSW who perform assigned mobilization billet functions, special projects or non-exercise related duties beyond normal drills and AT periods. Individuals assigned to the retired list recalled to active duty will also be assigned under this category.

2. Active Component Exercise Support (ADSW-ES). Fulfills active component exercise support requirements such as controllers, evaluators, planners, and other critical staff support functions not readily available within the requesting command. IMA members requested to perform their assigned mobilization billet functions on ADSW orders, in excess of 30 days and not in conjunction with AT to support an active exercise, will do so under this category. Each fiscal year, CMC (RA) will allocate MPMC ADSW funding to MARFOR's through the ADSW budget process to cover the pay and allowances costs and O&MMC to cover associated per diem and travel costs.

3. Traditional Combatant Command Activities (ADSW-TCA). TCA's are those activities CinCs conduct within their Area of Responsibility/Area of Interest in order to promote regional security and further U.S. National Security interests. Specific programs vary widely between each CinC directed military to military program. On an annual basis, SecDef provides the CinCs with O&M funds to pay for these activities. MPMC funding for pay and allowances will be provided by CMC (RAM-7). The CinCs are required to provide O&M dollars to the Marine Corps for travel and per diem costs associated with Marine ADSW-TCA requirements. These funds are usually provided to the supporting Commander, U.S. Marine Corps Force through Military Interdepartmental Request (MIPR) or direct site fund data. This category applies only to CINC staffs, MARFOR Reserve Liaison Officers (RLOs), and CMC designated TCA coordinators. All requests for ADSW-TCA will be forwarded to CMC (PLU) info CMC (RAM-7).

4. Contingency Operation (ADSW-CO). Provides RC members, voluntarily ordered to active duty, to support a designated contingency operation where Presidential Reserve Call-up (PRC) authority has been granted. ADSW in support of contingency operations is funded through MPMC and O&MMC appropriations. Voluntary orders are not restricted to specific Reserve categories and are subject to a 179-day limit to preclude counting against active component end strength.

5. Unexpected Non-Contingency (ADSW-NC). Meets unprogrammed peacetime support requirements, primarily of the active forces, submitted during the budget year by Marine Corps organizations. Depending on the size of the requirement and funding availability, O&MMC appropriations may be issued to cover the associated per diem and travel costs. Otherwise, the supported organization may be required to provide some or all of the O&MMC funding.

Reserve Personnel, Marine Corps (RPMC) Categories

1. General Officer Short Tours (ADSW-GO). Provides general officers to meet short-term Reserve component projects or fulfill Selected Marine Corps Reserve (SMCR) general officer billet functions. The Marine Corps Reserve Support Command (MCRSC) maintains funding designated to support general officer requirements. All requests for general officer ADSW will be coordinated through MCRSC.

2. Short Tours (ADSW-RC). Provides manpower support to accomplish specific short-term Reserve and DoD special interest projects or emerging requirements above and beyond day-to-day operations that may require Reserve expertise. This category may also include competitive military event support such as the Confederation Interalliee des Officer de Reserve (CIOR). Each fiscal year, CMC (RA) allocates RPMC ADSW funding to the MARFOR's and RSU's to cover costs associated with ADSW orders.

3. Reserve Exercise Participation (ADSW-EP). Provides support for attendance at Reserve planning conferences, Reserve exercise participation support requirements, or Reserve unit participation in active component scheduled and sponsored exercises.

4. Department of Defense (DoD) Special Programs. Provides reservists in direct support of counter narcotics activities, civil military activities, and General Defense Intelligence Programs (GDIP) through RPMC funds allocated from various Department of Defense sources.

a. Counterdrug (ADSW-CD). Requests for ADSW-CD are coordinated through MARFORRES G-3/Counterdrug.

b. Demand Drug Reduction Task Force (ADSW-DD). This category is exclusively used by CMC (RAM-7).

c. Civil Military (ADSW-CM). Requests for ADSW-CM coordinated through MARFORRES G-3/Civil Military.

d. Reserve Intelligence Programs. The following categories are coordinated through and approved by CMC (CIR):

(1) Joint Military Intelligence Program (ADSW-JMIP). This category involves participation in CinC, Joint Chiefs of Staff (JCS), and National Agency (CIA, DIA, NSA) level multi-Service intelligence support for projects or exercises.

(2) General Defense Intelligence Program (ADSW-GDIP). This category involves participation in DoD level multi-service intelligence support for projects or exercises.

(3) Tactical Intelligence and Related Activities (ADSW-TIARA). This category involves participation in Marine Corps specific intelligence support for projects and exercises.

5. Recruiting and Retention (ADSW-RR). Reserve personnel assigned to Recruiting Stations to assist recruiters in canvassing and contacting qualified applicants to enlist in the Marine Corps Reserve. It also allows individual members with definitive skills to visit schools, and non-prior service personnel at home and public functions to discuss advantages and benefits inherent in the Marine Corps Reserve mission. This category is reserved for the exclusive use by the Commanding General, Marine Corps Recruiting Command (MCRC).

6. Funeral Honors (ADSW-FH). Provides manpower support specifically for the preparation, training, and performance of Military Funeral Honors (MFH). Each fiscal year, CMC (P&R) will distribute ADSW funding allocated for the exclusive purpose of MFH support. Headquarters, U.S. Marine Corps and COMMARFORRES facilitate expenditure in support of mission performance. ADSW-FH can provide optimized member utilization, extended MFH detail manpower augmentation, and complementary unit personnel additions toward this growing and highly visible mission.

ADSW GAINING COMMAND/MEMBER QUALIFICATION SCREENING CHECKLIST

1. The purpose of this checklist is to ensure the Reserve component (RC) member volunteering for an ADSW assignment is fully qualified and prepared to execute orders and that the gaining command executes administration appropriate to the member and the mission. This checklist is recommended for both the requesting authority and/or the gaining command.

2. The gaining Commanding Officer is responsible for ensuring that a member called to active duty for ADSW meets all medical, dental and administrative requirements. Upon receipt of ADSW orders, the gaining command should complete the following ADSW checklist to ensure the Reserve member is qualified to execute the orders. If deficiencies are identified, the gaining command should take those actions necessary to correct the deficiencies prior to the member's execution of orders. If a deficiency cannot be corrected prior to the ADSW start date, the command will notify CMC (RAM-7), the Operational Sponsor, or the competent order writing authority as appropriate of the disqualifying nature of the deficiency and coordinate and recommend the disposition (i.e., delay, cancellation, replacement, etc.) for the member and the requirement.

3. The RC member will certify his review of the checklist and understanding of the ADSW program. Prior to receipt and acceptance of ADSW orders, the member will satisfy the individual eligibility criteria contained in paragraph 5.b. of the order. Upon receipt of ADSW orders, the member should review both his/her orders and this checklist to facilitate the ADSW call to active duty.

4. This checklist should be retained with the member's record for the duration of the ADSW tour.

ADMINISTRATIVE REQUIREMENTS

| ACTION ITEMS | YES | NO | N/A |
|---|---|---|---|
| - Verify member has not accumulated 16 or more years of active duty (includes AT, ADT, ADSW, and the ADSW period requested). | | | |
| - Member has valid DoD ID card. (MCO P5512.11) | | | |
| - Member has security clearance level required for ADSW assignment. (SECNAVINST P5510.30) | | | |
| - Member has passport/visa, if required. (MCO 5512.4) | | | |
| - If married to military spouse or single parent, family member care plan is current and on file. (MCO 1740.13) | | | |
| - Dependency Application/Record of Emergency Data is verified as current. | | | |

ENCLOSURE (3)

YES NO N/A

- Family members are pre-enrolled (for periods of 30 days or less) or enrolled (in excess of 30 days) in DEERS, as applicable. If not, initiate applications and make further arrangements for issuing dependent ID card(s).

- SGLI Form 8286 is verified as current and accurate.

- Completed W4 form for tax withholdings.

- Member has Government Travel Charge Card, if recommended or required as a frequent traveler. If not, process application. (MCO 4600.40)

- Member has approval of SMCR CO or IMA Detachment OIC and notified civilian employer of ADSW.

- For all OCONUS orders insure Antiterrorism Training and Force Protection (FP) training has been accomplished.

- For all OCONUS orders insure area clearance has been requested in accordance with DoD Foreign Area Clearance Guide (DOD 4500.54-G).

MEDICAL/DENTAL REQUIREMENTS

- Physical Exam current and SF-88/SF-93 reviewed and information is current in MCTFS.

- Member is physically qualified (confirm member is not TNPQ or has a NOE).

- Member complies with current physical readiness standards.

- Immunizations are current (as applicable to the ADSW assignment).

- HIV test within past 12 months (or as required by ADSW assignment) with negative results and information is current in MCTFS.

- Member is Dental class I or II and has a current panoral x-ray.

- If enrolled in TRICARE SELRES Dental and ADSW period is for 30 days or more, member must be disenrolled.

- DEERS reflects DNA sample on file (if applicable).

ACTION ITEMS (For orders in excess of 30 days) YES NO N/A

- If member desires enrollment in TRICARE, election forms are filled out/processed.
- Member has most recent eyeglass prescription and extra set of eyeglasses.

## BRIEFING REQUIREMENTS

- Contents/requirements of the ADSW orders were reviewed and explained to the member.

- Member briefed on ADSW limits and understands that the ADSW assignment is temporary and not intended as a career program.

- Member briefed and understands that there is no entitlement, contractual or implied, to continued ADSW assignments or entitlement to active duty retirement or career incentives.

- If performing ADSW in CONUS and use of POV is authorized, member informed to have current license, registration and proof of insurance for base decal issuance.

- Member was briefed on Powers of Attorney for financial issues, taxes, child-care, household goods storage, etc. Assistance provided as required.

- Member briefed on provisions of Soldiers' and Sailors' Civil Relief Act and Uniformed Services Employment and Reemployment Rights Act that pertain to member.

- Member briefed on Antiterrorism, Force Protection, and Threat and Intelligence Assessment as applicable.

- Members should have the following documentation in his/her possession to facilitate processing requirements (as applicable, and/or if information is not recorded in their service record):

  * Voided personal check or deposit slip showing bank address, telephone number, bank routing and account numbers for DDS enrollment.

  * Certificate of Discharge/Separation (DD Form 214) for all periods of active duty.

  * Copies of birth, adoption, or guardianship certificates for all dependents.

  * Copies of all child support agreements.

  * Family member's social security numbers.

  * Certified copy of current marriage certificate.

  * Certified copies of documentation terminating previous marriage(s) (i.e., divorce/annulment decree, spouse death certificate).

  * Certification of full-time college or equivalent secondary education enrollment for self and college age family members.

  * Signed statement from licensed physician or medical officer for dependent parent/children over age 21 who are incapacitated.

ENCLOSURE (3)

MEMBER HAS BEEN ISSUED ORIGINAL ENDORSED ORDERS, SERVICE/MEDICAL RECORDS AND IS QUALIFIED TO EXECUTE THE ADSW ASSIGNMENT:

______________________________

(Gaining Commanding Officer or Command Representative signature/date)

I have reviewed my orders and the screening checklist and have been briefed on those matters related to my acceptance and execution of ADSW orders. I have been briefed and understand that my ADSW assignment is temporary and not intended as a career program. Further, I understand that there is no entitlement, contractual or implied, to continued ADSW assignments or entitlement to active duty retirement or career incentives. I attest to my fitness for duty and certify that I meet height and weight standards as set forth in MCO 6100.10B. I understand that I will be released from active duty upon the expiration of my orders unless specifically authorized to continue by the cognizant order writing authority. If on duty for a cumulative period greater than 90 days, I understand that I will undergo a release from active duty medical assessment before my release. I will notify my command immediately if I am injured or experience any significant change in my physical condition or fitness for duty.

______________________________

(Reserve component member signature/SSN/date)

OTHER ACTION OR BRIEFING ITEMS (if applicable):

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

ENCLOSURE (3)

LETTERHEAD

MCO 1001.59
22 Oct 2001

SAMPLE 180-DAY WAIVER REQUEST

1001
Req Cmd
Date

From: Commander, U.S. Marine Corps Forces Pacific/Atlantic/Reserve
To: Commandant of the Marine Corps (RAM-7), Headquarters, U.S. Marine Corps, 3280 Russell Road, Quantico, VA 22134-5103

Subj: REQUEST TO EXCEED 179 DAYS ACTIVE DUTY SPECIAL WORK (ADSW); CASE OF MAJOR I. M. MARINE 000 00 0000/0302 USMCR

Ref: (a) MCO 1001.59
(b) MCO P1001R.1J

Encl: (1) Endorsements, requirement statement, mission description etc.

1. Per the references, request a waiver of the 179-day ADSW limitation per fiscal year for fiscal year YYYY for the period FROM - TO in the case of RANK, NAME OF THE INDIVIDUAL MEMBER. SNO is currently on ADSW orders FROM - TO serving as/in BILLET/MISSION/SPECIAL WORK PROJECT/FUNCTION.

2. Specify the existing or emerging requirement precipitating the request and the linkage to the subject member. Provide a justification of the work the individual is performing that requires his/her singular retention through waiver extension.

3. Describe other courses of action explored. Specify those unique skills/qualifications/military occupational specialties of the member, critical to the requirement, that cannot be otherwise provided through active duty member or alternate individual member provision.

4. Point of contact for this matter is RANK, NAME, and TELEPHONE NUMBER.

Commander's signature

ENCLOSURE (4)

**Headquarters, U.S. Marine Corps**

**MCO P1001R.1J**
**PCN 1020003000**

# MARINE CORPS RESERVE ADMINISTRATIVE MANAGEMENT MANUAL (SHORT TITLE: MCRAMM)

**DISTRIBUTION STATEMENT A: Approved for public release; distribution is unlimited**

EXHIBIT B

DEPARTMENT OF THE NAVY
HEADQUARTERS UNITED STATES MARINE CORPS
3280 RUSSELL ROAD
QUANTICO, VIRGINIA 22134-5103

MCO P1001R.1J
RAP
10 MAR 1999

MARINE CORPS ORDER P1001R.1J

From: Commandant of the Marine Corps
To: Distribution List

Subj: MARINE CORPS RESERVE ADMINISTRATIVE MANAGEMENT MANUAL (SHORT TITLE: MCRAMM)

Encl: (1) LOCATOR SHEET

1. Purpose. To publish instructions for Marine Corps Reserve administrative and management policies.

2. Cancellation. MCO P1001R.1H and MCO 1001R.57 Management of Individual Mobilization Augmentees (IMAs)

3. Background. The Reserve Component (RC) of the United States Marine Corps provides an immediately available, pretrained pool of units and individuals for mobilization in the event of a national emergency. With the increased reliance placed upon the Reserves in support of our National Military Strategy, the possibility for the recall or mobilization of Reserve Marines to meet the requirements of future conflicts is ever more likely. Every action taken to administer and manage the RC should contribute to increased mobilization readiness by allowing for the maximization of training, mobilization readiness, and the reduction of administrative burdens.

4. Summary of Revision. This revision contains a substantial number of changes and must be completely reviewed. The following are significant changes:

a. Redefines Reserve-specific definitions in accordance with DoD policy.

b. Cancels MCO 1001R.57 (Management of Individual Mobilization Augmentees (IMAs)) and incorporates the management of IMAs into the body of the Manual.

c. Redefines Reserve officer assignment, strength, and billet grade policies.

DISTRIBUTION STATEMENT A: Approved for public release; distribution unlimited.

Subj: MARINE CORPS RESERVE ADMINISTRATIVE MANAGEMENT MANUAL (SHORT TITLE: MCRAMM)

d. Redefines policy and procedures for duty as commanding officer/officer-in-charge and includes basic criteria for our Reserve Command Screening policy.

e. Provides policy and procedures for transferring a mandatory participant from a Selected Marine Corps Reserve (SMCR) unit to an IMA billet.

f. Furnishes additional guidance and policy pertaining to the specific MOS requirements for enlisted Marines and provides commanding officer/officer-in-charge responsibilities.

g. Redefines the requirement to screen Reserve personnel to preclude them from participating on active duty in excess of 18 years of active federal service and provides specific guidance and criteria for the issuance of orders to this population.

h. Adds substantial information concerning Human Immunodeficiency Virus (HIV) policy and Deoxyribonucleic Acid (DNA) Sampling.

i. Provides guidance for the scheduling of inactive duty training.

j. Clarifies policy pertaining to the crediting of inactive duty training for Marines in a travel status.

k. Significantly changes Unit Muster Sheet requirements.

l. Deletes administrative procedures and requirement to assign a Marine to involuntary active duty for unsatisfactory participation.

m. Clarifies leave policy for Marines on active duty for 30 consecutive days or more.

n. Changes duration of annual training requirements.

o. Provides guidance for travel in conjunction with active duty periods.

p. Provides additional guidance concerning the combination of additional training periods and readiness management periods.

Subj: MARINE CORPS RESERVE ADMINISTRATIVE MANAGEMENT MANUAL (SHORT TITLE: MCRAMM)

d. Redefines policy and procedures for duty as commanding officer/officer-in-charge and includes basic criteria for our Reserve Command Screening policy.

e. Provides policy and procedures for transferring a mandatory participant from a Selected Marine Corps Reserve (SMCR) unit to an IMA billet.

f. Furnishes additional guidance and policy pertaining to the specific MOS requirements for enlisted Marines and provides commanding officer/officer-in-charge responsibilities.

g. Redefines the requirement to screen Reserve personnel to preclude them from participating on active duty in excess of 18 years of active federal service and provides specific guidance and criteria for the issuance of orders to this population.

h. Adds substantial information concerning Human Immunodeficiency Virus (HIV) policy and Deoxyribonucleic Acid (DNA) Sampling.

i. Provides guidance for the scheduling of inactive duty training.

j. Clarifies policy pertaining to the crediting of inactive duty training for Marines in a travel status.

k. Significantly changes Unit Muster Sheet requirements.

l. Deletes administrative procedures and requirement to assign a Marine to involuntary active duty for unsatisfactory participation.

m. Clarifies leave policy for Marines on active duty for 30 consecutive days or more.

n. Changes duration of annual training requirements.

o. Provides guidance for travel in conjunction with active duty periods.

p. Provides additional guidance concerning the combination of additional training periods and readiness management periods.

Subj: MARINE CORPS RESERVE ADMINISTRATIVE MANAGEMENT MANUAL (SHORT TITLE: MCRAMM)

q. Amplifies policy on authorization to exceed 48 paid regular inactive duty training periods.

r. Adds Reserve continuation policy.

s. Includes change to 10 U.S.C. authorizing credit for 75 inactive duty training points per anniversary year.

t. Eliminates a significant portion of Chapter 7, Mobilization, and refers the reader to the Marine Corps Mobilization Plan.

u. Refines Mobilization Training Unit (MTU) members eligibility for Service member's Group Life Insurance and the associated responsibilities.

v. Includes information and policy pertaining to the Tricare Selected Reserve Dental Program.

w. Authorizes CG, MCRSC to approve requests for Key Employee status.

x. Changes the number of authorized commissary visits from 12 to 24 per calendar year.

5. Recommendations. Recommendations for changes to this manual are invited and will be submitted to the CMC (RA).

6. Certification. Reviewed and approved this date.

T. P. MURRAY
By direction

DISTRIBUTION: PCN 10200030000

Copy to: 7000129 (50)
7000110 (55)
8145005 (2)
7000099/7000144/8145001 (1)

date of return, will submit a request for discharge to CMC (MMSR) via the appropriate chain of command. This policy may be waived by CG, MCRSC provided the Marine furnishes sufficient justification and demonstrates an ability to achieve the minimum participation requirements as set forth in paragraph 3104.7. This includes but is not limited to participation in an OCONUS IMA detachment and completion of requisite level PME/correspondence courses.

c. Mandatory participants transferred to the IRR are subject to involuntary administrative separation, as authorized by law, for failure to resume SMCR participation within 60 days of the date of return. CG, MCRSC is directed to monitor mandatory participants as outlined in Chapter 2 of this Manual.

d. This policy may be waived is the Marine is able to affiliate with

5. Travel Advisory. Due to terrorist activities, Reservists visiting foreign countries are encouraged to wear civilian clothes; use a tourist passport; use baggage which does not indicated grade, insignia, or affiliation; and place all service club and business cards, checkbooks with grade, military ID card, and other documents identifying association with the U.S. Government in checked baggage. Also, check all photos in wallets identifying military affiliation, and consider political, social, and religious taboos when purchasing reading material.

6. AR Marines desiring to take annual leave in a foreign country will be processed in the same manner as active duty members per MCO P1050.3.

3108. ACTIVE DUTY FOR SPECIAL WORK (ADSW). MCO 1001.59 provides the policies and procedures for the assignment of RC personnel to active duty under the Total Force ADSW program. ADSW is designed to provide the Marine Corps with a means to utilize Reserve personnel on active duty to meet operational requirements short of Presidential Selected Reserve Call-up (PSRC) or mobilization and to support short term, special projects and exercise participation supporting both the AC and RC.

1. Administrative Guidance

a. Issuance of orders. Report the appropriate unit diary entries per MCO P1080.40. Ensure the correct component accurately reflected in MCTFS. The component code is based upon the pay group utilized in the appropriation data cited in the orders. The following codes pertain:

(1) ADSW orders for the less than 180 days.

| | Active | Component | Codes | | |
|---|---|---|---|---|---|
| | ADSW-AC | ADSW-ES | ADSW-TCA | ADSW-CO | ADSW-NC |
| C7 | X | X | X | | X |

| | Reserve | Component | Codes | | |
|---|---|---|---|---|---|
| | ADSW-RC | ADSW-EP | ADSW-GO | ADSW-RR | ADSW-__ |
| CC | | X | | | |
| CE | | | | X | |
| CF | X | X | X | | X |

(2) ADSW orders 180 days or more.

| | Active | Component | Codes | | |
|---|---|---|---|---|---|
| | ADSW-AC | ADSW-ES | ADSW-TCA | ADSW-CO | ADSW-NC |
| C4 | X | X | X | | X |
| KM | | | | X | |

| | Reserve | Component | Codes | | |
|---|---|---|---|---|---|
| | ADSW-RC | ADSW-EP | ADSW-GO | ADSW-RR | ADSW-__ |
| CC | | X | | | |
| CE | | | | X | |
| CF | X | | X | | X |

(3) The Component Code for Medical Hold is KM.

(4) Identification cards. Marines that perform ADSW orders for 31 days or more will be issued an active duty ID card in accordance with MCO P5512.1B.

(5) Dependents. The dependents of Marines performing ADSW orders 31 days or greater will be issued an active duty dependent ID card and enrolled in DEERS.

b. Completion of orders

(1) Upon completion of the ADSW period complete the appropriate unit diary entries per MCO P1080.40.

(2) Ensure a Fitness Report or proficiency and conduct marks, as applicable, are completed per current regulations.

(3) Ensure that travel orders are liquidated per the guidelines contained in the Joint Federal Travel Regulations. Marines must annotate on their orders and medical record that he/she is physically qualified for release from active duty indicated in MCO 1001.59.

(4) Separation. Marines performing ADSW orders 31 days or greater will be issued separation documents per MCO P1900.16.

(5) Physical. Ensure the Marine receives a complete separations physical upon release from active duty, per MCO 1001.59.

3109. SCREENING PERSONNEL TO PRECLUDE AD IN EXCESS OF 18 YEARS ACTIVE FEDERAL SERVICE

1. Per Title 10, U.S. Code, a member of the RC on active duty other than for training, and within 2 years of becoming eligible for retired pay or retainer pay under a purely military retirement system, may not be involuntarily released from duty before becoming eligible for that pay, unless such release is approved by the Secretary of the Navy.

2. Title 10 U.S.C., section 12686(b) provides the authority for a Reserve member on active duty to waive retirement sanctuary. This provision affords the Marine Corps the flexibility to bring a member of the RC on active duty for up to 179 days even if those members are in, or would enter, sanctuary (at least 18 years of active federal service) during the contemplated period of service. When conditions are that federal service through repeated use of short tours and becoming eligible for sanctuary protection, the following policy applies:

a. The COMMARFORRES and CG, MCRSC, will monitor Reservists under their cognizance who are approaching or have accrued 17 or more years of active duty. If the Marine chooses to waive the sanctuary provisions as offered in paragraph 3109.2 above, orders may be issued. The following statement must be included in the Marine's orders and executed and signed by the Marine prior to issuance of orders:

"I voluntarily accept these orders to Active Duty for Special Work. In doing so, I understand that I may become eligible for sanctuary zone protection under Title 10 U.S.C. section 12686(b), I hereby waive the applicability of Title U.S.C. section 12686(a) to the period of Active Duty covered by these orders. I understand that the effect of this waiver is to remove any sanctuary zone protection that might have otherwise applied as a result of the execution of these orders."

Under no circumstances will orders be issued until the Marine has signed the waiver.

b. If the Marine does not choose to waive the sanctuary provisions and issuance of orders will cause the Marine to exceed 17 years of qualifying active federal service, COMMARFORRES or the CG,

MCRSC, as appropriate, will forward the request for orders to CMC (RA) for approval.

(1) Requests for active duty other than for training, including ADSW, which will cause the member's total active duty to exceed 18 years will not normally be approved.

(2) Exceptions may be granted by the CMC (RA) based on the needs of the Marine Corps.

5. Active duty for training, including IADT, ADT, AT, and RCT, is included in the computation of a member's total active duty time. However, a member cannot claim sanctuary while serving on a period of active duty for training.