# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * | |
| **ROBIN C. BROOKINS,** | |
| **Plaintiff,** | |
| **v.** | **No. 05-1311C** |
| **UNITED STATES,** | **Filed: May 23, 2006** |
| **Defendant.** | |
| * * * * * * * * * * * * * * * | |

## O R D E R

The court is in receipt of the plaintiff's May 18, 2006 motion to amend the complaint in the above-captioned case, accompanied by a memorandum of points and authorities in support thereof and by the proposed first amended complaint. Defendant has no objection to the plaintiff's motion. The court **GRANTS** the plaintiff's motion to amend the complaint, and **APPROVES** the filing of the first amended complaint, which, as noted above, was submitted to the court electronically on May 18, 2006.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**