**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **ROBIN C. BROOKINS** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No.: 05-1311C** |
| | : | **Judge Horn** |
| **THE UNITED STATES OF AMERICA, et al.** | : | |
| **Defendants** | : | |

**NOTICE**

To: CLERK OF THE COURT

Pursuant to the Courts' Order of May 2, 2006, the Plaintiff hereby notifies the Court and the Defendant that the Plaintiff requests a one week opportunity to prepare and file a Reply to Defendant's Reply to Plaintiff's Response to Defendant's Motion to Dismiss or in the Alternative Motion for Judgment Upon the Administrative Record, and Defendant's Response to Plaintiff's Cross-Motion for Judgment.

Respectfully submitted,

**Glassman & Bullock**

/s/ Stephen C. Glassman

Stephen C. Glassman
1950 Old Gallows Road, Suite 700
Vienna, VA 22812
Telephone: 301-670-9200
Facsimile: 703-902-9501
Counsel for Plaintiff

Certificate of Service

I hereby certify that the foregoing Praecipe was sent via facsimile, electronic mail and United States mail, postage pre-paid to:

Peter Keisler
David M. Cohen
Deborah Bynum
Lauren S. Moore
Department of Justice
1100 L St., NW
Classification Unit, 8th Fl.
Washington, D.C. 20530

/s/ Stephen C. Glassman
Stephen C. Glassman