# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *

**ROBIN C. BROOKINS,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * *

**No. 05-1311C**
**Filed: June 5, 2006**

## O R D E R

The court is in receipt of the plaintiff's June 2, 2006 request to file a reply on her cross-motion for judgment upon the administrative record. As requested, plaintiff shall file the reply on or before **Friday, June 9, 2006**. Furthermore, oral argument on the defendant's motion to dismiss and the parties' cross-motions for judgment upon the administrative record is **SCHEDULED** for **Monday, June 19, 2006, at 10:30 a.m. EDT**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Both parties shall appear in person. The courtroom number will be posted on the day of the hearing. The parties will be prepared to address all issues in the case.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**