IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ROBIN C. BROOKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1311C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING SUPPLEMENTS AND INDEX TO THE ADMINISTRATIVE RECORD

Pursuant to the Court's order dated June 20, 2006 defendant supplements the administrative record with the attached documents. Specifically, as directed by the Court, defendant supplements the administrative record with Title 32, United States Code, Subpart D, section 700.401-700.407 (1988), Title 32 Code of Federal Regulations Subpart D, sections 700.403 and 700.404 (1999), and the Marine Corps Reserve Management Manual, dated March 10, 1999. AR 348-54; 346-47; 102-345.[1] Defendant also submits Navy Instruction 1920.6B, dated December 13, 1999. AR 355-452. Finally, defendant attaches the index to the administrative record to this filing. Pursuant to the Court's order, defendant provides notice that this filing will be in hard-copy, filed on June 23, 2006 due to the voluminous documents attached herein.

---

[1] "AR ___" refers to the administrative record filed in this case on April 27, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum

DEBORAH A. BYNUM
Assistant Director

s/ Lauren S. Moore

LAUREN S. MOORE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640

OF COUNSEL:

ANTHONY C. WILLIAMS
Major, U. S. Marine Corps
Litigation Attorney
Office of the Judge
Advocate General
General Litigation Division
Department of the Navy
Washington Navy Yard,
(Bldg 33)
Washington, DC 20374-5066
Telephone: (202) 685-4596

JUNE 22, 2006

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on the 22nd day of JUNE, 2006, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING SUPPLEMENTS AND INDEX TO THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system, and that the parties may access this filing through the Court's system.

/s/ Lauren S. Moore