*BY ORDER OF THE SECRETARY OF THE AIR FORCE*

*AIR FORCE INSTRUCTION 36-2131*

*17 JANUARY 2003*

*Personnel*

# *ADMINISTRATION OF SANCTUARY IN THE AIR RESERVE COMPONENTS*

**COMPLIANCE WITH THIS PUBLICATION IS MANDATORY**

**NOTICE:** This publication is available digitally on the AFDPO WWW site at: **http://www.e-publishing.af.mil.**

OPR: HQ AF/REPX (Maj Douglas A.Young)

Certified by: HQ USAF/REP (Col Chris P. Livingston)
Pages: 19
Distribution: F

This instruction implements AFPD 36-21, *Utilization and Classification of Air Force Military Personnel.* It replaces AFRES PD 36-1. It establishes policy and procedures for administering the provisions of active duty (AD) and reserve/guard sanctuary. The Chiefs of the Reserve and Air National Co-Certifed this publication. This instruction applies to the Air Force Reserve and the Air National Guard (ANG). The Privacy Act of 1974, 5, U.S.C., § 552(a) (2000), applies to this instruction. Each form specified in the instruction that is subject to AFI 33-332, *Air Force Privacy Act Program,* contains a Privacy Act Statement. Executive Order 9397 and Title 10. United States Code (U.S.C.) § 8013, authorizes the Air Force to collect and maintain these records. F036 AF PC C Military Personnel Records System applies.

EXHIBIT
tabbies
1

## Chapter 1

## ACTIVE DUTY (AD) SANCTUARY

**1.1.** Title 10 U.S.C. § 1176(b) and Title 10 U.S.C., § 12686 (a) established an AD retirement sanctuary for members of all Air Reserve Components. In general, AD sanctuary means any ANG/USAFR officer/ enlisted member who attains 18 (but less than 20) years of AD (other than for training) must be retained on AD unless he or she: voluntarily separates; is medically disqualified for continued service; or is separated or discharged for cause. Those qualifying members will not be released from AD until they are entitled to an AD/active status retirement. The requirements to qualify for AD sanctuary under each section are different.

1.1.1. Retirement sanctuary under Title 10 U.S.C. § 12646 (e) is provided for reserve commissioned officers that meet all of the following requirements: (The Secretary Of The Air Force (SAF) may retain an officer on that duty for a period of not more than 2 years.)

1.1.1.1. The officer must be on AD ANG/USAFR (other than for training).

1.1.1.2. The date on which the officer would otherwise be removed from an active status is within 2 years of qualifying for retirement under 10 U.S.C. §§ 3911, 6323, or 8911.

1.1.1.3. The officer may be retained on AD or a full-time ARC member only if at the end of the period for which the officer is retained the officer qualifies for retirement under 10 U.S.C. §§ 3911, 6323, or 8911; and the officer will not, before the end of that period, reach the age at which transfer from an active status or discharge is required by Title 10 or Title 14.

1.1.1.4. An officer who is retained on AD or a full-time ARC member under this section may not be removed from an active status.

1.1.2. AD sanctuary under 10 U.S.C. § 12686(a) is provided for any member of an air reserve component who is on AD (other than for training) and is within 2 years of becoming retired or retainer pay eligible under the military retirement system. They may not be involuntarily released from that duty before becoming eligible for retired or retainer pay absent Secretary of the Air Force approval.

**1.2.** AD sanctuary protection begins with 18 years of Total Active Federal Military Service (TAFMS) and ends with 20 years of TAFMS. It provides the entitlement to remain on AD for the purpose of qualifying for an AD military retirement. Those members whose upcoming tour will entitle them to sanctuary protection are considered sanctuary candidates.

**1.3.** A member desiring to invoke sanctuary protection under 10 U.S.C. § 12686 must do so while on AD (other than for training) and in the sanctuary. The request must be in writing (**Attachment 6 - Attachment 8**) and submitted to the respective ARC MAJCOM for processing. Absent a written request, the member's release will be considered voluntary and sanctuary protection not requested.

**1.4.** Air Force Reserve Members Performing Reserve Personnel Appropriation (RPA) Tours: RPA tours fall into two categories: AD for Special Work (ADSW this includes ANG members who perform Temporary AGR Tours) and AD for Training (ADT). *See* AFMAN 36-8001, *Reserve Personnel Participation and Training Procedures,* or ANGI 36-2001, *Management Of Training And Operational Support Within The Air National Guard,* for definitions of training categories. Members performing ADT tours are not

eligible to claim sanctuary protection. If the period of ADSW would result in the member qualifying for AD sanctuary, the member will not commence an ADSW tour without an approved waiver prior to the tour start date (*see* paragraph 3). The waiver requirement must be coordinated between the using organization and the organization of assignment.

1.4.1. If a waiver (**Attachment 4**) is not obtained prior to placing a member on ADSW RPA Tour which would place them in sanctuary, the following actions would be required. For USAFR only, assign a reservist who: performs an ADSW tour resulting in sanctuary protection; declines to separate from AD; or is not medically disqualified, separated or discharged for cause, to an appropriate Active Guard Reserve position within the Air Force Reserve Command (AFRC). Such an assignment ends upon the member reaching eligibility for an immediate AD retirement. No overages are authorized for such assignments.

1.4.1.1. For ANG members who perform an ADSW Tour on RPA or state full time duty, prior to receiving an approved waiver (**Attachment 5**), which results in sanctuary protection, the state is required to provide employment utilizing the current authorized AGR resources. ANG/XPMX (Resource Branch) will not provide the state additional AGR resources for these situations. For ANG members who perform an ADSW Tour on MPA or other Title 10 tour (excluding RPA or state tours of full time active duty), the active duty will provide utilization to meet the needs of the Air Force.

1.4.2. If a member is ordered to ADSW tour through clerical error, and the purpose of the tour is shown to be ADT, the member will not qualify for the benefits of AD sanctuary. Orders that contain a "clerical error" (that is, the orders were clearly intended to be for "ADT" and not ("ADSW") do not permit a Reserve member to qualify for sanctuary protection.

**1.5.** AFI 36-2619, *Military Personnel Appropriation (MPA) Man-Day Program,* defines MPA tours. If an ARC member performs an MPA tour and the period of AD would result in the member qualifying for AD sanctuary, the member ***will not*** begin the tour without an approved waiver prior to the tour start date. The need for a waiver must be coordinated between the using organization and the unit of assignment.

**1.6.** ARC personnel who <u>claim</u> sanctuary apply in writing for active duty retention through their respective ARC MAJCOM who will in turn forward the sanctuary claim to ARPC/DPAF (for IMA); AFRC/DPXM (Unit Reserve); ANG/DPFO (for ANG) (**Attachment 6,Attachment 7,Attachment 8**). The ARC member will be identified to Headquarters Air Force Personnel Center (HQ AFPC)/DPW for immediate accession into the AD Air Force under Title 10 U.S.C. 12301(d) and AFI 36-2008. If the member invokes sanctuary as outlined in paragraph **1.3.** above is not medically disqualified, separated, or discharged for cause, then HQ AFPC will make this member available for worldwide assignment.

# Chapter 2

## MONITORING PROCESS

**2.1.** Commanders, Military Personnel Flights (MPFs) or Program Managers (PMs) (USAFR) will:

2.1.1. Initiate a monitoring system, by developing a monthly report or roster containing a list of personnel who are within or nearing the AD sanctuary. This report or roster will contain the name of members in an AD status, the type of tour, length of tour and amount of current TAFMS. Remember, that there will be a time delay between accession and gain to the Point Credit Accounting and Reporting System (PCARS) from which the information is taken for tracking the TAFMS.

2.1.2. Extreme caution will be exercised prior to placing new accessions on any type of AD tours (other than for training). The report or roster will be maintained and made available to all agencies concerned by the MPFs or PMs.

**2.2.** Members in the sanctuary requesting an AD tour (other than for training), will submit the tour request together with a sanctuary waiver (paragraph 3) to their commander through their servicing MPF to ANG/DPFO for ANG members or the USAFR commander or PM to HQ AFRC/DPXM (unit) or HQ ARPC/DPAF (individual Reservist).

**2.3.** For ANG only: The servicing ANG MPF will be responsible for monitoring all ANG members on a monthly basis who are within or nearing the AD sanctuary.

2.3.1. For USAFR only: HQ AFRC/DPXM (unit), ARPC/DPAF Individual Ready Reservist (IRR) and Individual Mobilization Augmentees (IMAs), forward rosters monthly containing the names of personnel who have attained at least 17 but less than 20 years of TAFMS.

2.3.2. For USAFR only: In the unit program, the roster is sent to the MPF commander for unit distribution. In the Individual Ready Reserve programs, the roster is sent to the program manager.

2.3.3. For USAFR only: For the unit program the Wing Commander or equivalent HQ is responsible for monitoring members approaching AD sanctuary, and the program manager has the same responsibility for the individual programs. To assist these officials, Travel Budget Accounting System has been modified to provide editing to identify members who are nearing AD sanctuary, alerting the Wing Commander or program manager that a waiver is required before approving the tour of AD (other than for training).

## Chapter 3

## WAIVER PROCESS FOR AD SANCTUARY

**3.1.** The Secretary of the Air Force requires members who are in, and members whose upcoming tour would qualify them for sanctuary protections, to affirmatively waive the applicability of 10 U.S.C. § 12686 (a). Waivers must be submitted before each group of orders and AD tours for less than 180 days (other than for training) performed in accordance with 10 U.S.C. § 12301. Blanket waivers are not authorized. Waivers are not required from members activated (mobilized under 12302 or 12304) under involuntary authority as defined in AFH 10-416, *Personnel Readiness and Mobilization USAF Deployment Management (i.e.* Waivers are not required in advance for recalls/mobilizations under 10 U.S.C. §12302). Find additional guidelines in AFI 36-2132, *Full-Time Support (FTS) Active Guard Reserve (AGR) Program, for Air Force Reserve members only.*

3.1.1. An AD tour (other than for training) requiring a waiver may not be extended without an additional waiver for the period of the extension.

3.1.1.1. If an AD tour (other than for training) is curtailed for any reason and the member requests another AD tour (other than for training), a new waiver is required for the subsequent tour. A new waiver is required even if the subsequent tour will be completed during the original waiver period.

**3.2.** Commanders, servicing MPF's or program managers must submit a "Statement of Understanding", **(USAFR Attachment 3 or Attachment 4)** **<u>(ANG Attachment 5)</u>** prior to a member performing a tour that may result in sanctuary eligibility for the sanctuary. Each level of command up to ANG/DPFO (ANG), HQ AFRC/DPXM (unit) or HQ ARPC/DPAF (individual Reservist) may disapprove the waiver request or may recommend approval. Final tour approval rests with NGB/CF (ANG), AFRC/CV (unit), and ARPC/CC (Individual Reservist).

3.2.1. Tours over 139 days must include an approved waiver in addition to the statement of understanding for tours exceeding 139 days. *See* AFI 36-2619, AFMAN 36-8001, ANGI 36-2001, for further guidance.

**3.3.** Waivers and tour requests (justification letter for the Guardsman or Reservist) will be forwarded to ANG/DPFO (ANG), HQ AFRC/DPXM (Unit) and HQ ARPC/DPAF (Individual Ready Reservists). If the required waiver does not accompany the AD tour request (other than for training), the tour will not be approved and order will not be published. AD tour requests accompanied by the requisite waiver must be received 45 days before tour start date, unless extreme circumstances precluding early notification. These offices will maintain original documentation after processing.

**3.4.** The following statement is mandatory on each AD order: "The member has waived the sanctuary protection of 10 U.S.C. § 12686(a) for the period of AD authorized by this order. This AD tour has been approved by ______________________ on ______________________."

**3.5.** Waivers cannot be extended. An approved waiver will be required for each AD tour.

**3.6.** Maintain and file a copy of the approved AD tour request, sanctuary waiver and orders for each member.

## Chapter 4

## ARC RETIREMENT SANCTUARY

**4.1.** ARC retirement sanctuary under 10 U.S.C. §§ 1176(b ) and 12646 (a)(b)(e) is provided for Air Force Reserve and Air National Guard members serving in an active reserve status who have completed at least 18 but fewer than 20 years of satisfactory service.

**4.2.** Enlisted Eligibility: In accordance with 10 U.S.C. § 1176(b) an enlisted member in an active status, selected to be involuntarily separated or whose term of enlistment expires and is denied reenlistment, and on the date on which the member is to be discharged or transferred from an active status is entitled to be credited with at least 18, but less than 20 years of service computed under Title 10 U.S.C., Section 12731, may not be discharged, denied reenlistment, or transferred from an active status without the member's consent.

4.2.1. Adjustments to the ETS will require coordination with ANG/DPFO or ARPC/DPAF. The extension or reenlistment period will allow for completion of 20 years satisfactory service.

**4.3.** Enlisted Ineligibility: Enlisted members in an active status who are selected to be involuntarily separated for physical disability or for cause are not eligible for reserve sanctuary under 10 U.S.C. §§ 1176(b).

**4.4.** Officers Eligibility: Title 10 U.S.C. § 12646 allows officers within the age limitations, and physical qualifications, to be eligible for reserve sanctuary if they:

4.4.1. Are approaching the expiration of their MSD,

4.4.2. Have been twice deferred for promotion to the next higher grade,

4.4.3. Have completed 18 or 19 satisfactory, but less than 20 years of satisfactory service, and are otherwise eligible for reserve retirement.

4.4.4. If the officer has 18, but less than 19 years for retirement, a request to extend the Mandatory Separation Date (MSD) will be forwarded to ANG/DPFO or ARPC/DPAF. The extension of the MSD will allow for completion of 20 years satisfactory service.

**4.5.** Officer Ineligibility: Officers who are discharged or transferred from an active status for physical disability, for cause, or because they have reached the age at which transfer from an active status or discharge is required by law are not eligible for reserve sanctuary under Title 10 U.S.C. § 12646.

**4.6.** A member in retirement sanctuary remains in the active Ready Reserve and is not transferred to the non-affiliated reserve section (NARS)/NC, until the member completes 20 years of satisfactory service or until the second or third anniversary, as appropriate, of the date on which the member would otherwise have been discharged or transferred from an active status.

**4.7.** Members assigned to the Ready Reserve in a participating status may remain in their respective assignments until they reach their adjusted Mandatory Separation Date (MSD) or Expiration of Term of Service (ETS) or complete 20 years of satisfactory service, whichever is earlier. Members remain in the

Ready Reserve or are transferred to non-affiliated reserve section (NARS)/NC until the adjusted MSD/ ETS or completion of 20 years satisfactory service, whichever is earlier.

**4.8.** Reserve sanctuary under 10 U.S.C. §§ 1176(b) and 12646(a)-(b) does not preclude the discharge or transfer from an active status of a member who has completed at least 20 years of satisfactory service but has not completed the time in a reserve component required by Title 10 U.S.C. § 12731 (a)(3) as the member's last years of service.

**4.9.** For USAFR only: HQ ARPC/DPPS Procedures. A report is prepared on a monthly basis to identify Reservists who have been retained in sanctuary. It is used to monitor and control actions required until discharge or retirement is effected.

4.9.1. If the report reflects that a member currently has 19 or more years of satisfactory service. HQ ARPC/DPPS closely monitors points earned during current Retention/Retirement year. Members attaining 20 years satisfactory service prior to MSD must either apply for retirement or be discharged. If member does not complete 20 years satisfactory service by the MSD, member will be discharged. If the member does complete 20 years of satisfactory service by the MSD, member will have the option of retirement or discharge.

JAMES E. SHERRARD III, Lt Gen, USAF
Chief of Air Force Reserve

## Attachment 1

## GLOSSARY OF REFERENCES AND SUPPORTING INFORMATION

*References*

Title 10 U.S.C. § 1176(b)

Title 10 U.S.C. § 12301(d)

Title 10 U.S.C. § 12646

Title 10 U.S.C. § 12686

Title 10 U.S.C. § 12731

AFPD 36-21, *Utilization and Classification of Air Force Military Personnel*

AFMAN 36-8001, *Reserve Personnel Participation and Training Procedures*

AFH 10-416, *Personnel Readiness and Mobilization*

AFI 36-2008, *The Voluntary Recall Of Line Officers, Officers In Professional Categories, And Enlisted Personnel From The Air Reserve Component To Extended Active Duty*

AFI 36-2115, *Assignments Within the Reserve Components*

AFI 36-2132, *Full-Time Support (FTS) Active Guard Reserve (AGR) Program*

AFI 36-2619, *Military Personnel Appropriation (MPA) Man-Day Program*

AFI 36-3206, *Administrative Discharge Procedures for Commissioned Officers*

AFI 36-3208, *Administrative Separation of Airmen*

AFI 36-3209, *Separation and Retirement Procedures for Air National Guard and Air Force Reserve Members*

ANGI 36-101, *The Active Guard/Reserve (AGR) Program*

ANGI 36-2002, *Enlistment and Reenlistment in the ANG and as a Reserve of the Air Force*

ANGI 36-2101, *Assignments within the Air National Guard*

ANGI 36-2001, *Management Of Training And Operational Support Within The Air National Guard*

*Abbreviations and Acronyms*

**AD**—Active Duty

**ADSW**—Active Duty for Special Work

**ADT**—Active Duty for Training

**AFRC**—Air Force Reserve Command

**AGR**—Active Guard and Reserve

**ANG**—Air National Guard

**ARC**—Air Reserve Components

**ETS**—Expiration Term of Service

**HQ AFPC**—Headquarters Air Force Personnel Center

**HQ ARPC**—Headquarters Air Reserve Personnel Center

**IMA**—Individual Mobilization Augmentee

**MAJCOM**—Major Command

**MPA**—Military Personnel Appropriation

**MPF**—Military Personnel Flight

**MSD**—Mandatory Separation Date

**NARS**—Non-Affiliated Reserve Section

**PCARS**—Point Credit Accounting and Reporting System

**PM**—Program Manager

**RPA**—Reserve Personnel Appropriation

**SAF**—Secretary of the Air Force

**TAFMS**—Total Active Federal Military Service

**USAFR**—United States Air Force Reserve

## Attachment 2

## MAILING ADDRESSES FOR CORRESPONDENCE

| L I N E | A<br>If the agency is: | B<br>The address is: |
|---|---|---|
| 1 | HQ AFPC/DPWR | HQ AFPC/DPW, 550 C Street West, Suite 15, Randolph AFB 78150-4717, Fax: DSN: 665-3806, Voice: X-2184 |
| 2 | HQ AFPC/DPPOO | HQ AFPC/DPPAOO, 550 C Street West, Suite 10, Randolph AFB 78150-4712, DSN: 665-2008 |
| 3 | HQ AFPC/DPPAEQ | HQ AFPC/DPPAEQ, 550 C Street West, Suite 10, Randolph AFB 78150-4712, DSN: 665-1376 |
| 4 | HQ AFRC/DPXM | HQ AFRC/DPXM, 155 Richard Ray Boulevard, Robins AFB GA 31098-1635, Fax: DSN: 497-6326, Voice: X-1265 |
| 5 | ANG/DPFO | ANG/DPFO, 1411 Jefferson Davis Highway, Arlington, VA 22202-3231, Fax: DSN: 327-1066, Voice: X-5286 |
| 6 | HQ ARPC/DPAF | HQ ARPC/DPAF, 6760 East Irvington Place #2600, Denver CO 80280-2600, Fax: DSN: 926-6326, Voice: 926-6503 |
| 7 | HQ AFRC/CV | HQ AFRC/CV, 155 Richard Ray Boulevard, Robins AFB GA 31098-1635 |
| 8 | HQ ARPC/CC | HQ ARPC/CC, 6760 East Irvington Place #1000, Denver CO 80280-1000 |
| 9 | HQ ARPC/DPPS | HQ ARPC/DPPS, 6760 East Irvington Place #1700, Denver CO 80280-1700 |
| 10 | HQ USAF/RE | HQ USAF/RE, 1150 Air Force, Pentagon, Washington DC 20330-1150 |

## Attachment 3

## STATEMENT OF UNDERSTANDING
### Waiver of Active Duty (AD) Sanctuary

### (Individual Reservist)

1. I understand that under the sanctuary protection provided to me by 10 U.S.C. §12686(a), if I serve the period of AD now being offered to me and which is the subject of this waiver (from (DATE) to (DATE) at (LOCATION)), I will then be serving on AD within 2 years of becoming eligible for retired pay under the military retirement system. After I enter that 2-year sanctuary, I cannot be involuntarily released from AD, without approval by the Secretary of the Air Force (SAF), before I become eligible for retired pay.

2. I understand that in order for me to serve this AD period, which would bring me within the sanctuary protection, I must waive my right to the sanctuary protection, which would otherwise apply to me.

3. This waiver, shown by my signature below, means I will not receive sanctuary protection even though I will be serving on AD within 2 years of becoming eligible for retired pay. Therefore, I may be released from AD without the SAF approval even though serving on AD within 2 years of becoming eligible for retired pay.

4. I also understand neither my waiver submitted here nor any order requiring me to perform further voluntary service on AD is effective until and unless this waiver is approved in writing by HQ ARPC/CC (USAFR), as delegated by the SAF.

I, ______________________________________________ (Typed, Rank, Name, SSN) voluntarily waive my right to invoke sanctuary as provided under 10 U.S.C. § 12686 (b).
(Please initial)
____ I have read the above explanation and have been fully counseled on the impact that it has on my participation.

____ I understand that by waiving my right to sanctuary for an AD retirement I am allowed to perform an RPA (ADSW) or MPA tour of less than 180 days.

____ I understand that while performing the approved tour I may not claim sanctuary.

____ I understand that for each type of AD tour that I request, except ADT, a new waiver will be requested and accomplished.

____ I understand that my AD tour will not begin until I have proper approval from the SAF or designee.

____ I understand that this written document will be filed at HQ ARPC/DPAF as evidence that I have waived my right to sanctuary protection.

______________________________

Member's Full Signature and Date

1st Ind, (Program Manager) (Date)

MEMORANDUM FOR ARPC/DPAF

I support the action of requester to waive his/her sanctuary protection to perform the above voluntary AD tour. Members' IDTs and annual tour have been completed or at a minimum, scheduled.

cc: Individual

________________________

Signature Block

---

2nd Ind, HQ ARPC/DPA Date _____________-

Recommend Coordination

________________________

Signature Block

---

Privacy Act Statement: Under the Privacy Act of 1974 and Title 5 U.S.C. § 552(a), the release of your SSN is voluntary and for identification purposs.

## Attachment 4

## STATEMENT OF UNDERSTANDING
**Waiver Of Active Duty (AD) Sanctuary**
**(Unit Reservist)**

1. I understand that under the sanctuary protection provided to me by 10 U.S.C. §12686(a), if I serve the period of AD now being offered to me and which is the subject of this waiver (from (DATE) to (DATE) at (LOCATION)), I will then be serving on AD within 2 years of becoming eligible for retired pay under the military retirement system. After I enter that 2-year sanctuary, I cannot be involuntarily released from AD, without approval by the Secretary of the Air Force (SAF), before I become eligible for retired pay.

2. I understand that in order for me to serve this AD period, which would bring me within the sanctuary protection, I must waive my right to the sanctuary protection, which would otherwise apply to me.

3. This waiver, shown by my signature below, means I will not receive sanctuary protection even though I will be serving on AD within 2 years of becoming eligible for retired pay. Therefore, I may be released from AD without the SAF approval even though serving on AD within 2 years of becoming eligible for retired pay.

4. I also understand neither my waiver submitted here nor any order requiring me to perform further voluntary AD service is effective until and unless this waiver is approved in writing by AFRC/CV, as delegated by the SAF.

I, ______________________________________________ (Typed Rank, Name, and SSN) voluntarily waive my right to invoke sanctuary as provided under Title 10 U.S.C. § 12686 (b).

(Please initial)
____ I have read the above explanation and have been fully counseled on the impact that it has on my participation.
____ I understand that by waiving my right to sanctuary for an AD retirement I am allowed to perform an RPA (ADSW) or MPA tour of less than 180 days.
____ I understand that while performing the approved tour I may not claim sanctuary.
____ I understand that for each tour of RPA (ADSW) or MPA that I request, a new waiver must be requested and accomplished.
____ I understand that my AD tour will not begin until I have proper approval from the SAF or designee.
____ I understand that this written document will be filed at HQ AFRC/DPXM as evidence that I have waived my right to sanctuary protection.

____________________
Member's Signature (Date)

1st Ind, (Commander (Squadron or Above)) (Date)

I support the action of (Requester) to waive his sanctuary protection to perform the above voluntary tour of AD.

____________________
Signature Block

cc: Individual

---

Privacy Act Statement: Under the Privacy Act of 1974, Title 5 U.S.C. § 552(a) (2000), the release of your SSN is for identification purposes and voluntary.

## Attachment 5

## STATEMENT OF UNDERSTANDING
## Waiver of Active Duty (AD) Sanctuary

## (Air National Guard)

1. I understand that under the sanctuary protection provided to me by 10 U.S.C. §12686(a), if I serve the period of AD now being offered to me and which is the subject of this waiver (from (DATE) to (DATE) at (LOCATION)), I will then be serving on AD within 2 years of becoming eligible for retired pay under the military retirement system. After I enter that 2-year sanctuary, I cannot be involuntarily released from AD, without approval by the Secretary of the Air Force (SAF), before I become eligible for retired pay.

2. I understand that in order for me to serve this AD period, which would bring me within the sanctuary protection, I must waive my right to the sanctuary protection, which would otherwise apply to me.

3. This waiver, shown by my signature below, means I will not receive sanctuary protection even though I will be serving on AD within 2 years of becoming eligible for retired pay. Therefore, I may be released from AD without the SAF approval even though serving on AD within 2 years of becoming eligible for retired pay.

4. I also understand that my waiver submitted here nor any order requiring me to perform further voluntary service on AD is effective until and unless this waiver is approved in writing by ANG/DPFO (ANG), as delegated by the SAF.

I, ______________________________________________________ (Typed, Rank, Name, SSN) voluntarily waive my right to invoke sanctuary as provided under Title 10, U.S.C. §12686 (b).

(Please initial)
____ I have read the above explanation and have been fully counseled on the impact that it has on my participation.

____ I understand that by waiving my right to sanctuary for an AD retirement I am allowed to perform an ADSW or MPA or temporary AGR tour of less than 180 days.

____ I understand that while performing the approved tour I may not claim sanctuary.

____ I understand that for each type of AD tour or extension thereof that I request, except ADT, a new waiver will be required and accomplished.

____ I understand that my AD tour will not begin until I have proper approval from the SAF or designee.

____ I understand that this tour, may not be extended beyond 179 days.

____ I understand that this written document will be filed at ANG/DPFO and in my Unit Personnel Record Group (UPRG) as evidence that I have waived my right to sanctuary protection.

______________________________ ______________________________

Member's Full Signature and Date Witness Signature

1st Ind, Unit Commander (Date)
Wing Commander
State Headquarters
In Turn

MEMORANDUM FOR ANG/DPFO

I support the action of requester to waive his sanctuary protection to perform the above voluntary tour of AD.

cc: Individual

______________________________
Typed Signature Block and Signature

---

2nd Ind, ANG/DPFO Date ____________

Recommend Coordination

______________________________
Signature Block

---

Privacy Act Statement: Under the Privacy Act of 1974, Title 5 U.S.C. § 552(a) (2000), the release of your SSN is for identification purposes and voluntary.

**Attachment 6**

**UNIT RESERVIST REQUEST TO INVOKE SANCTUARY**

MEMORANDUM FOR HQ AFRC/DPXM
HQ AFPC/DPWM (PRC)
IN TURN

FROM: ______________________
______________________
______________________

SUBJECT: Claim for Active Duty Sanctuary

I have been counseled concerning my right to claim sanctuary in accordance with Title 10, U.S.C. Section 12686(a). I am aware, as a result of claiming sanctuary, I will become an active duty asset and eligible for assignment based on the needs of the Air Force.

I invoke my right to claim sanctuary. I have completed and attached an assignment worksheet. All information is current to the best of my knowledge. I acknowledge that although my assignment choices will be taken into consideration; there is no guarantee I will receive an assignment to one of my requested locations.

______________________
Signature Block
Include name, rank, SSN and phone number

4 Atchs
1. Active Duty Worksheet (Ref: AFI 36-2008)
2. DD Form 4/w atch (Enlisted Only)
3. Current deployment order
4. Flight Records/Certification (Flyers Only)

1st Ind, ______________ (Respective Reserve Headquarters/PRC)

TO: HQ AFPC/PRC (DPW)
/DPPAEQ (Enlisted) or DPPAOO (Officer)

______________________
Signature Block
Include name, rank, SSN and phone number

**Attachment 7**

**IMA RESERVIST REQUEST TO INVOKE SANCTUARY**

MEMORANDUM FOR HQ ARPC/DPAF)
HQ AFPC/DPWM (PRC)
IN TURN

FROM: ______________________
______________________
______________________

SUBJECT: Claim for Active Duty Sanctuary

I have been counseled concerning my right to claim sanctuary in accordance with Title 10, U.S.C. Section 12686(a). I am aware, as a result of claiming sanctuary, I will become an active duty asset and eligible for assignment based on the needs of the Air Force.

I invoke my right to claim sanctuary. I have completed and attached an assignment worksheet. All information is current to the best of my knowledge. I acknowledge that although my assignment choices will be taken into consideration; there is no guarantee I will receive an assignment to one of my requested locations.

______________________
Signature Block
Include name, rank, SSN and phone number

4 Atchs
1. Active Duty Worksheet (Ref: AFI 36-2008)
2. DD Form 4/w atch (Enlisted Only)
3. Current deployment order
4. Flight Records/Certification (Flyers Only)

1st Ind, ______________ (Respective Reserve Headquarters/PRC)

TO: HQ AFPC/PRC (DPW)
/DPPAEQ (Enlisted) or DPPAOO (Officer)

______________________
Signature Block
Include name, rank, SSN and phone number

## Attachment 8

## ANG REQUEST TO INVOKE SANCTUARY

MEMORANDUM FOR: ANG/DPFO
HQ AFPC/DPWM (PRC)
IN TURN

FROM: ______________________
______________________
______________________

SUBJECT: Claim for Active Duty Sanctuary

I have been counseled concerning my right to claim sanctuary in accordance with Title 10, U.S.C. Section 12686(a). I am aware, as a result of claiming sanctuary, I will become an active duty asset and eligible for assignment based on the needs of the Air Force.

I invoke my right to claim sanctuary. I have completed and attached an assignment worksheet. All information is current to the best of my knowledge. I acknowledge that although my assignment choices will be taken into consideration; there is no guarantee I will receive an assignment to one of my requested locations.

______________________
Signature Block
Include name, rank, SSN and phone number

4 Atchs
1. Active Duty Worksheet (Ref: AFI 36-2008)
2. DD Form 4/w atch (Enlisted Only)
3. Current deployment order
4. Flight Records/Certification (Flyers Only)

1st Ind, ______________ (Respective Reserve Headquarters/PRC)

TO: HQ AFPC/PRC (DPW)
/DPPAEQ (Enlisted) or DPPAOO (Officer)

Member is eligible to claim sanctuary, will not be utilized within the Reserve, and is available for active duty with the RegAF on/after ____________ (date).

______________________
Signature Block
Include name, rank, SSN and phone number