# In the United States Court of Federal Claims

**No. 05-1311 C**

**ROBIN C. BROOKINS,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed January 30, 2007, granting defendant's motion to dismiss for lack of jurisdiction,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice. No costs.

Brian Bishop
Clerk of Court

**January 30, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.